| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>McKENNA, DuPONT, HIGGINS & STONE<br>Michael R. DuPont, Esquire (MRD/2077)<br>PO Box 610<br>229 Broad Street<br>Red Bank, NJ 07701-0610<br>732.741.6681<br>Counsel for HOP Energy, LLC | |
| In Re:<br><br>Frances A. Eardly | Case No. 20-23942<br><br>Chapter 13<br><br>Judge: SLM |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of HOP Energy, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

> McKENNA, DuPONT, HIGGINS & STONE
> Attention: Michael R. DuPont, Esquire
> PO Box 610
> 229 Broad Street
> Red Bank, NJ 07701-0610
> Email: dupont@redbanklaw.com

DOCUMENTS:

> ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
>
> ☐ All documents and pleadings of any nature.

> McKENNA, DuPONT, HIGGINS & STONE, PC
> Counsel to HOP Energy, LLC
>
> ***/s/ Michael R. DuPont, Esquire***
> MICHAEL R. DuPONT, Esq.

Dated: January 7, 2021

*new.8/1/15*