Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−23942−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Frances A. Eardly
  551 Saint Paul Avenue
  Cliffside Park, NJ 07010

Social Security No.:
  xxx−xx−1815

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/29/2020 and a confirmation hearing on such Plan has been scheduled for 2/24/2021.

The debtor filed a Modified Plan on 4/29/2021 and a confirmation hearing on the Modified Plan is scheduled for 6/9/2021 at 8:30am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: April 30, 2021
JAN: rh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-23942-SLM |
| Frances A. Eardly | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 30, 2021 | Form ID: 186 | Total Noticed: 65 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frances A. Eardly, 551 Saint Paul Avenue, Cliffside Park, NJ 07010-1712 |
| cr | + | HOP Energy, LLC, McKenna, DuPont, Higgins, & Stone, 229 Broad Street, PO Box 610, Red Bank, NJ 07701-0610 |
| 519057769 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519057771 | + | Apothaker & Associates PC, 520 Fellowship Road, C-306, Mount Laurel, NJ 08054-3410 |
| 519057770 | + | Apothaker & Associates PC, 520 Fellowship Road, Mount Laurel, NJ 08054-3410 |
| 519057772 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519085367 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519057773 | + | Bank of America, NA (FDIC), 100 North Tryon Street, Charlotte, NC 28202-4000 |
| 519057774 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519057775 | + | Capital One Bank, N.A. (FDIC), Capital One Bank Headquarters, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 519057777 | + | Citibank, NA, ATTN: Tenaglia & Hunt, PA, 395 W. Passaic St, Rochelle Park, NJ 07662-3016 |
| 519057781 | + | Equifax, P.O. Box 105851, Atlanta, GA 30348-5851 |
| 519057782 | + | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 519057783 | + | HOP Energy LLC d/b/a Metro Energy, 4 W. Red Oak Lane, White Plains, NY 10604-3606 |
| 519057784 | + | John F. Eardly, 551 St Paul's Avenue, Cliffside Park, NJ 07010-1712 |
| 519124877 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519057786 | + | LoanCare LLC, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 519057787 | + | Midland Credit Managment, Inc., Attn: Bankruptcy, 350 Camino De La Reina Ste 100, San Diego, CA 92108-3007 |
| 519057788 | + | Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 Jericho Turnpike, Syosset, NY 11791-4449 |
| 519057789 | + | Paragonfcu, 100 Paragon Drive, Montvale, NJ 07645-1779 |
| 519057793 | + | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519070278 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519057795 | + | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 519115527 | + | Synchrony Bank-Amazon, Attn: Credit Corp. Solutions, Inc., 121 W. Election Rd., Ste. 200, Draper, UT 84020-7766 |
| 519063318 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519057805 | + | TD Bank, NA (FDIC), 2035 Limestone Road, Wilmington, DE 19808-5529 |
| 519057803 | + | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519057806 | + | Trans Union, P.O. Box 2000, Chester, PA 19016-2000 |
| 519057809 | + | Wells Fargo Bank, N.A. (FDIC), 101 North Phillips Avenue, Sioux Falls, SD 57104-6714 |
| 519057810 | + | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 30 2021 21:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 30 2021 21:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | May 01 2021 00:28:26 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |

| Recipient ID | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| 519057768 | + Email/Text: ally@ebn.phinsolutions.com | Apr 30 2021 21:48:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 519057776 | + Email/Text: bankruptcy@cavps.com | Apr 30 2021 21:50:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2322 |
| 519077669 | + Email/Text: bankruptcy@cavps.com | Apr 30 2021 21:50:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 519057778 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 30 2021 21:49:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519057779 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 01 2021 00:30:34 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519057780 | + Email/Text: mrdiscen@discover.com | Apr 30 2021 21:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519072073 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 30 2021 21:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 519057785 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 30 2021 21:48:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519057791 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2021 00:26:33 | Portfolio Recovery, 120 Corporate Blvd., Norfolk, VA 23502 |
| 519057790 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2021 00:28:35 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519057792 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2021 00:30:32 | Portfolio Recovery Associates, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519132401 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2021 00:26:33 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 519120981 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2021 00:30:32 | Portfolio Recovery Associates, LLC, c/o Jennifer Furniture, POB 41067, Norfolk VA 23541 |
| 519120098 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2021 00:30:32 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519122559 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2021 00:28:35 | Portfolio Recovery Associates, LLC, c/o U.s. Bank National Association, POB 41067, Norfolk VA 23541 |
| 519127138 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2021 00:26:33 | Portfolio Recovery Associates, LLC, c/o Walmart, POB 41067, Norfolk VA 23541 |
| 519070954 | Email/Text: bnc-quantum@quantum3group.com | Apr 30 2021 21:49:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519057794 | + Email/Text: bankruptcyteam@quickenloans.com | Apr 30 2021 21:50:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519057796 | + Email/PDF: gecsedi@recoverycorp.com | May 01 2021 00:26:23 | Syncb/Nautilus, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519057797 | + Email/PDF: gecsedi@recoverycorp.com | May 01 2021 00:26:23 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519059290 | + Email/PDF: gecsedi@recoverycorp.com | May 01 2021 00:30:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519115526 | + Email/PDF: gecsedi@recoverycorp.com | May 01 2021 00:30:24 | Synchrony Bank (FDIC), 170 West Election Rd., Ste. 125, Draper, UT 84020-6425 |
| 519057798 | + Email/PDF: gecsedi@recoverycorp.com | May 01 2021 00:28:26 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519057799 | + Email/PDF: gecsedi@recoverycorp.com | May 01 2021 00:28:26 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po |

Case 20-23942-SLM    Doc 35    Filed 05/02/21    Entered 05/03/21 00:22:12    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 30, 2021 | Form ID: 186 | Total Noticed: 65 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 965060, Orlando, FL 32896-5060 |
| 519057800 | + | Email/PDF: gecsedi@recoverycorp.com | May 01 2021 00:28:26 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 519057801 | + | Email/PDF: gecsedi@recoverycorp.com | May 01 2021 00:28:26 | Synchrony Bank/Select Comfort, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519057802 | + | Email/PDF: gecsedi@recoverycorp.com | May 01 2021 00:26:23 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519057804 | | Email/Text: bankruptcy@td.com | Apr 30 2021 21:50:00 | TD Bank, Attn: Bankruptcy, 1701 Route 70 E, Cherry Hill, NJ 08034 |
| 519129880 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 01 2021 00:28:29 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519057807 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 01 2021 00:28:29 | US Dept of Housing & Urban Development, Mortgage Accounting & Servicing, 451 Seventh St, SW, Washington, DC 20410-0001 |
| 519057808 | | Email/Text: membersolutions@visionsfcu.org | Apr 30 2021 21:49:00 | Visions FCU, Attn: Bankruptcy, 24 Mckinley Ave, Endicott, NY 13760 |
| 519123427 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 01 2021 00:28:42 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael R. DuPont | on behalf of Creditor HOP Energy LLC dupont@redbanklaw.com, john@redbanklaw.com |
| Ronald I. LeVine | on behalf of Debtor Frances A. Eardly ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 4 of 4
Date Rcvd: Apr 30, 2021 Form ID: 186 Total Noticed: 65
TOTAL: 5