# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br>FRANCES A. EARDLY | CASE NO: 20-23942 SLM<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 5/18/2021, I did cause a copy of the following documents, described below,

Transmittal Letter

Amended Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/18/2021

/s/ Ronald I. LeVine
Ronald I. LeVine  278802972

Law Office of Ronald I. LeVine
210 River Street, Suite 11
Hackensack, NJ  07601
201 489 7900

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| IN RE: | CASE NO: 20-23942 SLM |
|---|---|
| FRANCES A. EARDLY | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 5/18/2021, a copy of the following documents, described below,

Transmittal Letter

Amended Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/18/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Ronald I. LeVine
Law Office of Ronald I. LeVine
210 River Street, Suite 11
Hackensack, NJ  07601

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECEIPT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CERTIFIED 7021 0350 0001 8201 4721

| | | |
|---|---|---|
| CITIBANK NA (FDIC)<br>C/O SUNIL GARG CEO<br>701 EAST 60TH STREET NORTH<br>SIOUX FALLS SD 57104-0000 | CITIBANK N.A.<br>C/O TENAGLIA & HUNT P.A.<br>395 W. PASSAIC STREET<br>ROCHELLE PARK NJ 07662 | HOP ENERGY LLC D/B/A METRO ENERGY<br>4 W. RED OAK LANE<br>WHITE PLAINS NY 10604 |
| MIDLAND CREDIT MANAGEMENT INC.<br>ATTN: BANKRUPTCY<br>350 CAMINO DE LA REINA<br>SUITE 100<br>SAN DIEGO CA 92108 | HOP ENERGY LLC<br>C/O MCKENNA DUPONT HIGGINS & STONE<br>POB 610<br>REDBANK NJ 07701 | MS. FRANCES EARDLY<br>551 SAINT PAUL'S AVENUE<br>CLIFFSIDE PARK NJ  07010 |
| CITIBANK NA (FDIC)<br>C/O SUNIL GARG CEO<br>701 EAST 60TH STREET NORTH<br>SIOUX FALLS SD 57104-0000 | | |