

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ronald I. LeVine, Esq.
210 River St. Ste. 11
Hackensack, NJ 07601
Attorney for Debtor

Order Filed on June 3, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Frances A. Eardly

Case No.: 20-23942 SLM

Chapter 13

Judge: Honorable Stacey L. Meisel

## ORDER GRANTING CHAPTER 13 FEES

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**

DATED: June 3, 2021

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)
Debtor: Frances A. Eardly
Case No. 20-23942 SLM
Order Granting Chapter 13 Fees

The applicant having certified that legal work supplemental to basis Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Ronald I. LeVine, the applicant, is allowed a fee of $5972.50 for services rendered and expenses in the amount of $403.10, for a total of $6375.60, less the retainer paid of $3000.00 leaving a balance of $3375.60. The allowance shall be payable:

- ▪ through the Chapter 13 plan as an administrative priority and disbursed pre-confirmation.

ORDERED that the Debtors' Plan payment is adjusted to $610.00 beginning May 1, 2021 for the remaining 56 months.

ORDERED that if the Debtors do not complete their Chapter 13 due to dismissal, Marie-Ann Greenberg, Chapter 13 Trustee, will pay the amounts due pursuant to this Order to the Law Firm of Ronald I. LeVine before releasing any money to the Debtor.

The movant shall service this Order on the Trustee, Debtor and all parties of record.