Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 20−23942−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frances A. Eardly
   551 Saint Paul Avenue
   Cliffside Park, NJ 07010

Social Security No.:
   xxx−xx−1815

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 9, 2021.


Dated: June 9, 2021
JAN: rah

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Frances A. Eardly  
    Debtor

Case No. 20-23942-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Jun 09, 2021      Form ID: plncf13      Total Noticed: 65

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frances A. Eardly, 551 Saint Paul Avenue, Cliffside Park, NJ 07010-1712 |
| cr | + | HOP Energy, LLC, McKenna, DuPont, Higgins, & Stone, 229 Broad Street, PO Box 610, Red Bank, NJ 07701-0610 |
| 519057769 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519057771 | + | Apothaker & Associates PC, 520 Fellowship Road, C-306, Mount Laurel, NJ 08054-3410 |
| 519057770 | + | Apothaker & Associates PC, 520 Fellowship Road, Mount Laurel, NJ 08054-3410 |
| 519057772 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519085367 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519057773 | + | Bank of America, NA (FDIC), 100 North Tryon Street, Charlotte, NC 28202-4000 |
| 519057774 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519057775 | + | Capital One Bank, N.A. (FDIC), Capital One Bank Headquarters, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 519057777 | + | Citibank, NA, ATTN: Tenaglia & Hunt, PA, 395 W. Passaic St, Rochelle Park, NJ 07662-3016 |
| 519057781 | + | Equifax, P.O. Box 105851, Atlanta, GA 30348-5851 |
| 519057782 | + | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 519057783 | + | HOP Energy LLC d/b/a Metro Energy, 4 W. Red Oak Lane, White Plains, NY 10604-3606 |
| 519057784 | + | John F. Eardly, 551 St Paul's Avenue, Cliffside Park, NJ 07010-1712 |
| 519057786 | + | LoanCare LLC, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 519057788 | + | Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 Jericho Turnpike, Syosset, NY 11791-4449 |
| 519057789 | + | Paragonfcu, 100 Paragon Drive, Montvale, NJ 07645-1779 |
| 519057793 | + | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519070278 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519057795 | + | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 519115527 | + | Synchrony Bank-Amazon, Attn: Credit Corp. Solutions, Inc., 121 W. Election Rd., Ste. 200, Draper, UT 84020-7766 |
| 519063318 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519057805 | + | TD Bank, NA (FDIC), 2035 Limestone Road, Wilmington, DE 19808-5529 |
| 519057803 | + | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519057806 | + | Trans Union, P.O. Box 2000, Chester, PA 19016-2000 |
| 519057809 | + | Wells Fargo Bank, N.A. (FDIC), 101 North Phillips Avenue, Sioux Falls, SD 57104-6714 |
| 519057810 | + | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 09 2021 21:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 09 2021 21:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 10:32:21 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 519057768 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 09 2021 21:20:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |

Case 20-23942-SLM    Doc 42    Filed 06/11/21    Entered 06/12/21 00:21:42    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 09, 2021 | Form ID: plncf13 | Total Noticed: 65 |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| 519057776 | + Email/Text: bankruptcy@cavps.com | Jun 09 2021 21:24:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2322 |
| 519077669 | + Email/Text: bankruptcy@cavps.com | Jun 09 2021 21:24:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 519057778 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 09 2021 21:22:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519057779 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2021 10:32:22 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519057780 | + Email/Text: mrdiscen@discover.com | Jun 09 2021 21:20:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519072073 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 09 2021 21:24:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 519124877 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 09 2021 21:20:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519057785 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 09 2021 21:20:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519057787 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 09 2021 21:23:00 | Midland Credit Managment, Inc., Attn: Bankruptcy, 350 Camino De La Reina Ste 100, San Diego, CA 92108-3007 |
| 519057791 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 09 2021 21:39:51 | Portfolio Recovery, 120 Corporate Blvd., Norfolk, VA 23502 |
| 519057790 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 09 2021 21:38:48 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519057792 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 09 2021 21:39:51 | Portfolio Recovery Associates, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519132401 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 09 2021 21:38:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 519120981 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 09 2021 21:38:48 | Portfolio Recovery Associates, LLC, c/o Jennifer Furniture, POB 41067, Norfolk VA 23541 |
| 519120098 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 09 2021 21:38:48 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519122559 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 09 2021 21:39:51 | Portfolio Recovery Associates, LLC, c/o U.s. Bank National Association, POB 41067, Norfolk VA 23541 |
| 519127138 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 09 2021 21:39:51 | Portfolio Recovery Associates, LLC, c/o Walmart, POB 41067, Norfolk VA 23541 |
| 519070954 | Email/Text: bnc-quantum@quantum3group.com | Jun 09 2021 21:22:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519057794 | + Email/Text: bankruptcyteam@quickenloans.com | Jun 09 2021 21:24:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519057796 | + Email/PDF: gecsedi@recoverycorp.com | Jun 09 2021 21:38:32 | Syncb/Nautilus, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519057797 | + Email/PDF: gecsedi@recoverycorp.com | Jun 09 2021 21:38:33 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519059290 | + Email/PDF: gecsedi@recoverycorp.com | Jun 09 2021 21:38:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519115526 | + Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 10:32:21 | Synchrony Bank (FDIC), 170 West Election Rd., Ste. 125, Draper, UT 84020-6425 |
| 519057798 | + Email/PDF: gecsedi@recoverycorp.com | | |

Case 20-23942-SLM    Doc 42    Filed 06/11/21    Entered 06/12/21 00:21:42    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 09, 2021 | Form ID: plncf13 | Total Noticed: 65 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 09 2021 21:38:32 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519057799 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 10:32:22 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519057800 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2021 21:38:33 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 519057801 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2021 21:39:33 | Synchrony Bank/Select Comfort, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519057802 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 10:32:22 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519057804 | | Email/Text: bankruptcy@td.com | Jun 09 2021 21:23:00 | TD Bank, Attn: Bankruptcy, 1701 Route 70 E, Cherry Hill, NJ 08034 |
| 519129880 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 09 2021 21:39:41 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519057807 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 09 2021 21:39:41 | US Dept of Housing & Urban Development, Mortgage Accounting & Servicing, 451 Seventh St, SW, Washington, DC 20410-0001 |
| 519057808 | | Email/Text: membersolutions@visionsfcu.org | Jun 09 2021 21:21:00 | Visions FCU, Attn: Bankruptcy, 24 Mckinley Ave, Endicott, NY 13760 |
| 519123427 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 09 2021 21:40:01 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael R. DuPont | on behalf of Creditor HOP Energy  LLC dupont@redbanklaw.com, john@redbanklaw.com |
| Ronald I. LeVine | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 09, 2021 | Form ID: plncf13 | Total Noticed: 65 |

on behalf of Debtor Frances A. Eardly ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5