RONALD I. LEVINE
210 RIVER STREET
SUITE 11
HACKENSACK, NJ  07601

Re:  FRANCES A. EARDLY  
551 SAINT PAUL AVENUE  
CLIFFSIDE PARK, NJ 07010

Atty:  RONALD I. LEVINE  
210 RIVER STREET  
SUITE 11  
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
#### Chapter 13 Case # 20-23942

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $40,669.00**

## RECEIPTS AS OF 01/14/2022                                (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/19/2021 | $532.00 | 26270818110 | 02/01/2021 | $532.00 | 7418510000 |
| 02/10/2021 | $65.00 | 7445752000 | 03/01/2021 | $597.00 | 7484987000 |
| 04/01/2021 | $597.00 | 7568382000 | 05/03/2021 | $597.00 | 7637996000 |
| 06/02/2021 | $597.00 | 7703439000 | 07/01/2021 | $688.00 | 7778804000 |
| 08/02/2021 | $688.00 | 7848580000 | 09/01/2021 | $688.00 | 7916794000 |
| 10/01/2021 | $688.00 | 7982307000 | 11/01/2021 | $688.00 | 8049761000 |
| 12/01/2021 | $688.00 | 8116708000 | 01/03/2022 | $688.00 | 8182014000 |

**Total Receipts: $8,333.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $8,333.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022          (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| QUICKEN LOANS INC | | | | | | |
| | 08/16/2021 | $542.24 | 876,194 | 09/20/2021 | $646.72 | 877,960 |
| | 10/18/2021 | $646.72 | 879,699 | 11/17/2021 | $653.60 | 881,399 |
| | 12/13/2021 | $653.60 | 883,032 | 01/10/2022 | $653.60 | 884,679 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 507.32 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,375.60 | 100.00% | 3,375.60 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | BANK OF AMERICA | UNSECURED | 8,425.86 | * | 0.00 | |
| 0007 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CAVALRY SPV I LLC | UNSECURED | 8,976.63 | * | 0.00 | |

**Chapter 13 Case # 20-23942**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0010 | CITIBANK, NA | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | COMENITY BANK/LANE BRYANT | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | DEPARTMENT STORE NATIONAL BANK/M | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | HOP ENERGY LLC | UNSECURED | 3,217.21 | * | 0.00 | |
| 0018 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 2,543.77 | * | 0.00 | |
| 0019 | LOANCARE LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0020 | MIDLAND CREDIT MANAGMENT, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | PARAGONFCU | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 10,711.45 | * | 0.00 | |
| 0024 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,306.04 | * | 0.00 | |
| 0025 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,630.65 | * | 0.00 | |
| 0027 | QUICKEN LOANS INC | MORTGAGE ARRE | 3,812.86 | 100.00% | 3,796.48 | |
| 0028 | RAYMOUR & FLANIGAN | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | SYNCB/NAUTILUS | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | SYNCB/TOYS R US | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | SYNCHRONY BANK/ JC PENNEYS | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | SYNCHRONY BANK/ OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | SYNCHRONY BANK/PC RICHARD | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,901.76 | * | 0.00 | |
| 0036 | TD BANK NA | UNSECURED | 8,068.03 | * | 0.00 | |
| 0038 | TARGET | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | US DEPARTMENT OF HUD | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0042 | VISIONS FCU | UNSECURED | 4,216.60 | * | 0.00 | |
| 0044 | WELLS FARGO JEWELRY ADVANTAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | CAVALRY SPV I LLC | UNSECURED | 6,847.90 | * | 0.00 | |
| 0047 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 10,872.14 | * | 0.00 | |
| 0048 | SYNCHRONY BANK/SELECT COMFORT | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | VISIONS FCU | UNSECURED | 1,000.00 | * | 0.00 | |
| 0050 | QUANTUM3 GROUP LLC | UNSECURED | 2,390.04 | * | 0.00 | |
| 0051 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 542.91 | * | 0.00 | |
| 0052 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 184.41 | * | 0.00 | |

**Total Paid: $7,679.40**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $8,333.00    -    Paid to Claims: $3,796.48    -    Admin Costs Paid: $3,882.92    =    Funds on Hand: $653.60

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.