RONALD I. LEVINE
210 RIVER STREET
SUITE 11
HACKENSACK, NJ  07601

Re: FRANCES A. EARDLY  
551 SAINT PAUL AVENUE  
CLIFFSIDE PARK, NJ  07010

Atty: RONALD I. LEVINE  
210 RIVER STREET  
SUITE 11  
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 20-23942

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $40,669.00**

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/19/2021 | $532.00 | 26270818110 | 02/01/2021 | $532.00 | 7418510000 |
| 02/10/2021 | $65.00 | 7445752000 | 03/01/2021 | $597.00 | 7484987000 |
| 04/01/2021 | $597.00 | 7568382000 | 05/03/2021 | $597.00 | 7637996000 |
| 06/02/2021 | $597.00 | 7703439000 | 07/01/2021 | $688.00 | 7778804000 |
| 08/02/2021 | $688.00 | 7848580000 | 09/01/2021 | $688.00 | 7916794000 |
| 10/01/2021 | $688.00 | 7982307000 | 11/01/2021 | $688.00 | 8049761000 |
| 12/01/2021 | $688.00 | 8116708000 | 01/03/2022 | $688.00 | 8182014000 |
| 02/01/2022 | $688.00 | 8246910000 | 03/01/2022 | $688.00 | 8307220000 |
| 04/01/2022 | $688.00 | 8374213000 | 05/02/2022 | $688.00 | 8437531000 |
| 06/01/2022 | $688.00 | 8499344000 | 07/01/2022 | $688.00 | 8561442000 |
| 08/01/2022 | $688.00 | 8622677000 | 09/01/2022 | $688.00 | 8680657000 |
| 10/03/2022 | $688.00 | 8741338000 | 11/01/2022 | $688.00 | 8799256000 |
| 12/01/2022 | $688.00 | 8856548000 | 01/03/2023 | $688.00 | 8910957000 |

**Total Receipts: $16,589.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $16,589.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 02/14/2022 | $69.88 | 885,809 | 03/14/2022 | $71.67 | 887,520 |
| | 04/18/2022 | $72.81 | 889,221 | 05/16/2022 | $72.81 | 890,932 |
| | 06/20/2022 | $72.81 | 892,618 | 07/18/2022 | $72.81 | 894,348 |
| | 08/15/2022 | $72.80 | 895,916 | 09/19/2022 | $72.81 | 897,514 |
| | 10/17/2022 | $72.79 | 899,189 | 11/14/2022 | $71.30 | 900,765 |
| | 12/12/2022 | $71.29 | 902,317 | 01/09/2023 | $71.30 | 903,807 |

**Chapter 13 Case # 20-23942**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAVALRY SPV I LLC | | | | | | | |
| | 02/14/2022 | $74.45 | 885,885 | | 02/14/2022 | $56.79 | 885,885 |
| | 03/14/2022 | $76.36 | 887,593 | | 03/14/2022 | $58.25 | 887,593 |
| | 04/18/2022 | $59.17 | 889,301 | | 04/18/2022 | $77.57 | 889,301 |
| | 05/16/2022 | $77.57 | 891,003 | | 05/16/2022 | $59.17 | 891,003 |
| | 06/20/2022 | $59.17 | 892,692 | | 06/20/2022 | $77.57 | 892,692 |
| | 07/18/2022 | $59.17 | 894,412 | | 07/18/2022 | $77.57 | 894,412 |
| | 08/15/2022 | $77.51 | 895,988 | | 08/15/2022 | $59.19 | 895,988 |
| | 09/19/2022 | $59.14 | 897,586 | | 09/19/2022 | $77.61 | 897,586 |
| | 10/17/2022 | $59.22 | 899,251 | | 10/17/2022 | $77.54 | 899,251 |
| | 11/14/2022 | $75.97 | 900,826 | | 11/14/2022 | $57.92 | 900,826 |
| | 12/12/2022 | $75.95 | 902,382 | | 12/12/2022 | $57.94 | 902,382 |
| | 01/09/2023 | $57.95 | 903,864 | | 01/09/2023 | $75.96 | 903,864 |
| HOP ENERGY LLC | | | | | | | |
| | 02/14/2022 | $26.68 | 885,253 | | 03/14/2022 | $27.37 | 886,994 |
| | 04/18/2022 | $27.80 | 888,648 | | 05/16/2022 | $27.80 | 890,423 |
| | 06/20/2022 | $27.80 | 892,073 | | 07/18/2022 | $27.80 | 893,842 |
| | 08/15/2022 | $27.80 | 895,421 | | 09/19/2022 | $27.78 | 896,986 |
| | 10/17/2022 | $27.82 | 898,689 | | 11/14/2022 | $27.21 | 900,266 |
| | 12/12/2022 | $27.22 | 901,851 | | 01/09/2023 | $27.22 | 903,347 |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 03/14/2022 | $9.12 | 8,002,740 | | 05/16/2022 | $9.38 | 8,002,838 |
| | 07/18/2022 | $9.38 | 8,002,949 | | 09/19/2022 | $9.39 | 8,003,047 |
| | 11/14/2022 | $9.28 | 8,003,147 | | 01/09/2023 | $9.19 | 8,003,256 |
| KOHL'S PERITUS PORTFOLIO SERVICES II, LLC | | | | | | | |
| | 02/14/2022 | $21.10 | 886,136 | | 03/14/2022 | $21.64 | 887,839 |
| | 04/18/2022 | $21.98 | 889,575 | | 05/16/2022 | $21.98 | 891,258 |
| | 06/20/2022 | $21.98 | 892,961 | | 07/18/2022 | $21.98 | 894,643 |
| | 08/15/2022 | $21.97 | 896,230 | | 09/19/2022 | $21.99 | 897,840 |
| | 10/17/2022 | $21.97 | 899,491 | | 11/14/2022 | $21.53 | 901,063 |
| | 12/12/2022 | $21.52 | 902,607 | | 01/09/2023 | $21.53 | 904,108 |

**Chapter 13 Case # 20-23942**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 02/14/2022 | $88.83 | 8,002,683 | | 02/14/2022 | $35.71 | 8,002,683 |
| | 02/14/2022 | $13.52 | 8,002,683 | | 02/14/2022 | $90.17 | 8,002,683 |
| | 02/14/2022 | $24.07 | 8,002,683 | | 03/14/2022 | $91.12 | 8,002,741 |
| | 03/14/2022 | $36.63 | 8,002,741 | | 03/14/2022 | $13.87 | 8,002,741 |
| | 03/14/2022 | $24.68 | 8,002,741 | | 03/14/2022 | $92.48 | 8,002,741 |
| | 04/18/2022 | $93.94 | 8,002,785 | | 04/18/2022 | $92.56 | 8,002,785 |
| | 04/18/2022 | $37.21 | 8,002,785 | | 04/18/2022 | $14.09 | 8,002,785 |
| | 04/18/2022 | $25.07 | 8,002,785 | | 05/16/2022 | $92.56 | 8,002,843 |
| | 05/16/2022 | $37.21 | 8,002,843 | | 05/16/2022 | $14.09 | 8,002,843 |
| | 05/16/2022 | $25.07 | 8,002,843 | | 05/16/2022 | $93.95 | 8,002,843 |
| | 06/20/2022 | $93.94 | 8,002,892 | | 06/20/2022 | $92.56 | 8,002,892 |
| | 06/20/2022 | $37.21 | 8,002,892 | | 06/20/2022 | $14.09 | 8,002,892 |
| | 06/20/2022 | $25.07 | 8,002,892 | | 07/18/2022 | $93.94 | 8,002,950 |
| | 07/18/2022 | $92.56 | 8,002,950 | | 07/18/2022 | $37.21 | 8,002,950 |
| | 07/18/2022 | $14.09 | 8,002,950 | | 07/18/2022 | $25.07 | 8,002,950 |
| | 08/15/2022 | $92.55 | 8,002,997 | | 08/15/2022 | $37.18 | 8,002,997 |
| | 08/15/2022 | $14.10 | 8,002,997 | | 08/15/2022 | $25.09 | 8,002,997 |
| | 08/15/2022 | $93.96 | 8,002,997 | | 09/19/2022 | $93.95 | 8,003,048 |
| | 09/19/2022 | $92.55 | 8,003,048 | | 09/19/2022 | $37.24 | 8,003,048 |
| | 09/19/2022 | $14.08 | 8,003,048 | | 09/19/2022 | $25.07 | 8,003,048 |
| | 10/17/2022 | $93.92 | 8,003,103 | | 10/17/2022 | $92.53 | 8,003,103 |
| | 10/17/2022 | $37.20 | 8,003,103 | | 10/17/2022 | $14.10 | 8,003,103 |
| | 10/17/2022 | $25.09 | 8,003,103 | | 11/14/2022 | $90.67 | 8,003,148 |
| | 11/14/2022 | $36.42 | 8,003,148 | | 11/14/2022 | $13.79 | 8,003,148 |
| | 11/14/2022 | $24.54 | 8,003,148 | | 11/14/2022 | $92.01 | 8,003,148 |
| | 12/12/2022 | $90.63 | 8,003,201 | | 12/12/2022 | $36.45 | 8,003,201 |
| | 12/12/2022 | $13.81 | 8,003,201 | | 12/12/2022 | $24.55 | 8,003,201 |
| | 12/12/2022 | $91.99 | 8,003,201 | | 01/09/2023 | $92.00 | 8,003,257 |
| | 01/09/2023 | $90.64 | 8,003,257 | | 01/09/2023 | $36.44 | 8,003,257 |
| | 01/09/2023 | $13.80 | 8,003,257 | | 01/09/2023 | $24.55 | 8,003,257 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 02/14/2022 | $19.82 | 885,693 | | 03/14/2022 | $20.33 | 887,405 |
| | 04/18/2022 | $20.65 | 889,084 | | 05/16/2022 | $20.65 | 890,810 |
| | 06/20/2022 | $20.65 | 892,475 | | 07/18/2022 | $20.65 | 894,214 |
| | 08/15/2022 | $20.67 | 895,775 | | 09/19/2022 | $20.64 | 897,371 |
| | 10/17/2022 | $20.67 | 899,036 | | 11/14/2022 | $20.21 | 900,609 |
| | 12/12/2022 | $20.22 | 902,177 | | 01/09/2023 | $20.22 | 903,663 |
| QUICKEN LOANS INC | | | | | | | |
| | 08/16/2021 | $542.24 | 876,194 | | 09/20/2021 | $646.72 | 877,960 |
| | 10/18/2021 | $646.72 | 879,699 | | 11/17/2021 | $653.60 | 881,399 |
| | 12/13/2021 | $653.60 | 883,032 | | 01/10/2022 | $653.60 | 884,679 |
| | 02/14/2022 | $16.38 | 886,400 | | | | |
| TD BANK NA | | | | | | | |
| | 02/14/2022 | $66.91 | 885,701 | | 03/14/2022 | $68.63 | 887,412 |
| | 04/18/2022 | $69.71 | 889,092 | | 05/16/2022 | $69.72 | 890,815 |
| | 06/20/2022 | $69.71 | 892,482 | | 07/18/2022 | $69.71 | 894,221 |
| | 08/15/2022 | $69.72 | 895,781 | | 09/19/2022 | $69.72 | 897,377 |
| | 10/17/2022 | $69.70 | 899,042 | | 11/14/2022 | $68.29 | 900,614 |
| | 12/12/2022 | $68.27 | 902,181 | | 01/09/2023 | $68.27 | 903,667 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 05/16/2022 | $6.28 | 890,677 | | 09/19/2022 | $6.38 | 897,242 |
| | 01/09/2023 | $6.27 | 903,549 | | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| VISIONS FCU | | | | | | | |
| | 02/14/2022 | $34.97 | 886,844 | | 02/14/2022 | $8.29 | 886,844 |
| | 03/14/2022 | $35.87 | 888,509 | | 03/14/2022 | $8.51 | 888,509 |
| | 04/18/2022 | $8.64 | 890,289 | | 04/18/2022 | $36.43 | 890,289 |
| | 05/16/2022 | $36.44 | 891,918 | | 05/16/2022 | $8.64 | 891,918 |
| | 06/20/2022 | $8.64 | 893,679 | | 06/20/2022 | $36.43 | 893,679 |
| | 07/18/2022 | $8.64 | 895,299 | | 07/18/2022 | $36.43 | 895,299 |
| | 08/15/2022 | $36.45 | 896,843 | | 08/15/2022 | $8.64 | 896,843 |
| | 09/19/2022 | $8.65 | 898,532 | | 09/19/2022 | $36.41 | 898,532 |
| | 10/17/2022 | $8.64 | 900,131 | | 10/17/2022 | $36.46 | 900,131 |
| | 11/14/2022 | $35.66 | 901,703 | | 11/14/2022 | $8.46 | 901,703 |
| | 12/12/2022 | $35.70 | 903,225 | | 12/12/2022 | $8.46 | 903,225 |
| | 01/09/2023 | $8.46 | 904,718 | | 01/09/2023 | $35.68 | 904,718 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 861.63 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,375.60 | 100.00% | 3,375.60 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | BANK OF AMERICA | UNSECURED | 8,425.86 | * | 865.08 | |
| 0007 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CAVALRY SPV I LLC | UNSECURED | 8,976.63 | * | 921.63 | |
| 0010 | CITIBANK, NA | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | COMENITY BANK/LANE BRYANT | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | DEPARTMENT STORE NATIONAL BANK/M | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | HOP ENERGY LLC | UNSECURED | 3,217.21 | * | 330.30 | |
| 0018 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 2,543.77 | * | 261.17 | |
| 0019 | LOANCARE LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0020 | MIDLAND CREDIT MANAGMENT, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | PARAGONFCU | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 10,711.45 | * | 1,099.76 | |
| 0024 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,306.04 | * | 442.11 | |
| 0025 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,630.65 | * | 167.43 | |
| 0027 | QUICKEN LOANS INC | MORTGAGE ARRE | 3,812.86 | 100.00% | 3,812.86 | |
| 0028 | RAYMOUR & FLANIGAN | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | SYNCB/NAUTILUS | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | SYNCB/TOYS R US | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | SYNCHRONY BANK/ JC PENNEYS | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | SYNCHRONY BANK/ OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | SYNCHRONY BANK/PC RICHARD | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,901.76 | * | 297.92 | |
| 0036 | TD BANK NA | UNSECURED | 8,068.03 | * | 828.36 | |
| 0038 | TARGET | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | US DEPARTMENT OF HUD | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0042 | VISIONS FCU | UNSECURED | 4,216.60 | * | 432.93 | |
| 0044 | WELLS FARGO JEWELRY ADVANTAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | CAVALRY SPV I LLC | UNSECURED | 6,847.90 | * | 703.08 | |
| 0047 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 10,872.14 | * | 1,116.25 | |
| 0048 | SYNCHRONY BANK/SELECT COMFORT | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | VISIONS FCU | UNSECURED | 1,000.00 | * | 102.67 | |
| 0050 | QUANTUM3 GROUP LLC | UNSECURED | 2,390.04 | * | 245.38 | |
| 0051 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 542.91 | * | 55.74 | |
| 0052 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 184.41 | * | 18.93 | |

**Total Paid: $15,938.83**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $16,589.00     -     Paid to Claims: $11,701.60     -     Admin Costs Paid: $4,237.23     =     Funds on Hand: $650.17

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.