**VIRGINIA E. FORTUNATO, L.L.C.**
One Kinderkamack Road
Hackensack, New Jersey 07601
Tel. 201-673-5777

Virginia E. Fortunato, Esq. #VEF-0787
Attorney for Debtor, Frances Eardly

| | |
|---|---|
| In Re:<br><br>**FRANCES EARDLY,**<br><br>       Debtor. | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Case No. 20-23942/SLM<br><br>Chapter 13<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY** |

    Under D.N.J. LBR 9010-2, the undersigned notifies the Court that **Virginia E. Fortunato, Esq.** Will be substituted as attorney for record for **Frances Eardly, Debtor** in this case.

**LAW OFFICE OF RONALD I. LeVINE**    **VIRGINIA E. FORTUNATO, L.L.C.**


By: /s/ Ronald I. LeVine    By: /s/ Virginia E. Fortunato
    RONALD I. LeVINE, ESQ.       VIRGINIA E. FORTUNATO, ESQ.
Withdrawing Attorney             Superceding Attorney
Dated: June 30, 2023              Dated: June 30 2023


                                              By: /s/ Frances Eardly
                                                  FRANCES EARDLY, Debtor
                                            Dated: June 21, 2023