VIRGINIA E FORTUNATO LLC
ONE KINDERKAMACK ROAD
HACKENSACK, NJ  07601

Re:  FRANCES A. EARDLY  
     551 SAINT PAUL AVENUE  
     CLIFFSIDE PARK,  NJ  07010

Atty:  VIRGINIA E FORTUNATO LLC  
       ONE KINDERKAMACK ROAD  
       HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
#### Chapter 13 Case # 20-23942

NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $40,669.00

## RECEIPTS AS OF 01/01/2025    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/19/2021 | $532.00 | 26270818110 | 02/01/2021 | $532.00 | 7418510000 |
| 02/10/2021 | $65.00 | 7445752000 | 03/01/2021 | $597.00 | 7484987000 |
| 04/01/2021 | $597.00 | 7568382000 | 05/03/2021 | $597.00 | 7637996000 |
| 06/02/2021 | $597.00 | 7703439000 | 07/01/2021 | $688.00 | 7778804000 |
| 08/02/2021 | $688.00 | 7848580000 | 09/01/2021 | $688.00 | 7916794000 |
| 10/01/2021 | $688.00 | 7982307000 | 11/01/2021 | $688.00 | 8049761000 |
| 12/01/2021 | $688.00 | 8116708000 | 01/03/2022 | $688.00 | 8182014000 |
| 02/01/2022 | $688.00 | 8246910000 | 03/01/2022 | $688.00 | 8307220000 |
| 04/01/2022 | $688.00 | 8374213000 | 05/02/2022 | $688.00 | 8437531000 |
| 06/01/2022 | $688.00 | 8499344000 | 07/01/2022 | $688.00 | 8561442000 |
| 08/01/2022 | $688.00 | 8622677000 | 09/01/2022 | $688.00 | 8680657000 |
| 10/03/2022 | $688.00 | 8741338000 | 11/01/2022 | $688.00 | 8799256000 |
| 12/01/2022 | $688.00 | 8856548000 | 01/03/2023 | $688.00 | 8910957000 |
| 02/01/2023 | $688.00 | 8971538000 | 03/01/2023 | $688.00 | 9027144000 |
| 04/03/2023 | $688.00 | 9088120000 | 05/01/2023 | $688.00 | 9136900000 |
| 06/01/2023 | $688.00 | 9197595000 | 07/03/2023 | $688.00 | 9251794000 |
| 08/02/2023 | $688.00 | 9305523000 | 09/01/2023 | $688.00 | 9356606000 |
| 10/02/2023 | $688.00 | 9409656000 | 11/02/2023 | $688.00 | 9463915000 |
| 12/01/2023 | $688.00 | 9510227000 | 01/02/2024 | $688.00 | 9556825000 |
| 02/01/2024 | $688.00 | 9610459000 | 03/01/2024 | $688.00 | 9660565000 |
| 04/01/2024 | $688.00 | 9709407000 | 05/01/2024 | $688.00 | 9762216000 |
| 06/03/2024 | $688.00 | 9811370000 | 07/01/2024 | $688.00 | 9857021000 |
| 08/01/2024 | $688.00 | 9908725000 | 09/04/2024 | $688.00 | 9960775000 |
| 10/01/2024 | $688.00 | 1000445300 | 11/01/2024 | $688.00 | 1005260500 |
| 12/03/2024 | $688.00 | 1010175100 | | | |

**Total Receipts:  $32,413.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $32,413.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | | |
| | 02/14/2022 | $69.88 | 885,809 | | 03/14/2022 | $71.67 | 887,520 |
| | 04/18/2022 | $72.81 | 889,221 | | 05/16/2022 | $72.81 | 890,932 |
| | 06/20/2022 | $72.81 | 892,618 | | 07/18/2022 | $72.81 | 894,348 |
| | 08/15/2022 | $72.80 | 895,916 | | 09/19/2022 | $72.81 | 897,514 |
| | 10/17/2022 | $72.79 | 899,189 | | 11/14/2022 | $71.30 | 900,765 |
| | 12/12/2022 | $71.29 | 902,317 | | 01/09/2023 | $71.30 | 903,807 |
| | 02/13/2023 | $71.31 | 905,330 | | 03/13/2023 | $71.30 | 906,948 |
| | 04/17/2023 | $71.29 | 908,529 | | 05/15/2023 | $71.29 | 910,154 |
| | 06/12/2023 | $70.55 | 911,619 | | 07/17/2023 | $70.54 | 913,135 |
| | 08/14/2023 | $70.55 | 914,652 | | 09/18/2023 | $70.55 | 916,149 |
| | 10/16/2023 | $70.53 | 917,640 | | 11/13/2023 | $69.41 | 919,074 |
| | 12/11/2023 | $69.40 | 920,497 | | 01/08/2024 | $69.43 | 921,880 |
| | 02/12/2024 | $69.41 | 923,228 | | 03/11/2024 | $69.41 | 924,685 |
| | 04/15/2024 | $69.41 | 926,114 | | 05/10/2024 | $69.40 | 927,591 |
| | 06/17/2024 | $69.43 | 928,993 | | 07/15/2024 | $69.41 | 930,480 |
| | 08/19/2024 | $71.67 | 931,890 | | 09/16/2024 | $71.66 | 933,353 |
| | 10/21/2024 | $71.68 | 934,752 | | 11/18/2024 | $70.92 | 936,238 |
| | 12/16/2024 | $70.92 | 937,621 | | | | |
| CAVALRY SPV I LLC | | | | | | | |
| | 02/14/2022 | $74.45 | 885,885 | | 02/14/2022 | $56.79 | 885,885 |
| | 03/14/2022 | $76.36 | 887,593 | | 03/14/2022 | $58.25 | 887,593 |
| | 04/18/2022 | $59.17 | 889,301 | | 04/18/2022 | $77.57 | 889,301 |
| | 05/16/2022 | $59.17 | 891,003 | | 05/16/2022 | $77.57 | 891,003 |
| | 06/20/2022 | $77.57 | 892,692 | | 06/20/2022 | $59.17 | 892,692 |
| | 07/18/2022 | $77.57 | 894,412 | | 07/18/2022 | $59.17 | 894,412 |
| | 08/15/2022 | $77.51 | 895,988 | | 08/15/2022 | $59.19 | 895,988 |
| | 09/19/2022 | $59.14 | 897,586 | | 09/19/2022 | $77.61 | 897,586 |
| | 10/17/2022 | $59.22 | 899,251 | | 10/17/2022 | $77.54 | 899,251 |
| | 11/14/2022 | $57.92 | 900,826 | | 11/14/2022 | $75.97 | 900,826 |
| | 12/12/2022 | $75.95 | 902,382 | | 12/12/2022 | $57.94 | 902,382 |
| | 01/09/2023 | $57.95 | 903,864 | | 01/09/2023 | $75.96 | 903,864 |
| | 02/13/2023 | $75.97 | 905,396 | | 02/13/2023 | $57.94 | 905,396 |
| | 03/13/2023 | $57.95 | 907,011 | | 03/13/2023 | $75.96 | 907,011 |
| | 04/17/2023 | $75.95 | 908,597 | | 04/17/2023 | $57.95 | 908,597 |
| | 05/15/2023 | $75.95 | 910,212 | | 05/15/2023 | $57.94 | 910,212 |
| | 06/12/2023 | $75.16 | 911,677 | | 06/12/2023 | $57.33 | 911,677 |
| | 07/17/2023 | $57.33 | 913,198 | | 07/17/2023 | $75.15 | 913,198 |
| | 08/14/2023 | $75.17 | 914,716 | | 08/14/2023 | $57.34 | 914,716 |
| | 09/18/2023 | $75.11 | 916,210 | | 09/18/2023 | $57.33 | 916,210 |
| | 10/16/2023 | $57.32 | 917,693 | | 10/16/2023 | $75.21 | 917,693 |
| | 11/13/2023 | $56.41 | 919,135 | | 11/13/2023 | $73.95 | 919,135 |
| | 12/11/2023 | $73.93 | 920,552 | | 12/11/2023 | $56.44 | 920,552 |
| | 01/08/2024 | $73.96 | 921,930 | | 01/08/2024 | $56.38 | 921,930 |
| | 02/12/2024 | $56.43 | 923,285 | | 02/12/2024 | $73.93 | 923,285 |
| | 03/11/2024 | $73.95 | 924,736 | | 03/11/2024 | $56.41 | 924,736 |
| | 04/15/2024 | $56.41 | 926,174 | | 04/15/2024 | $73.94 | 926,174 |
| | 05/10/2024 | $73.99 | 927,647 | | 05/10/2024 | $56.40 | 927,647 |
| | 06/17/2024 | $56.43 | 929,048 | | 06/17/2024 | $73.90 | 929,048 |
| | 07/15/2024 | $56.41 | 930,533 | | 07/15/2024 | $73.95 | 930,533 |
| | 08/19/2024 | $76.36 | 931,948 | | 08/19/2024 | $58.25 | 931,948 |
| | 09/16/2024 | $58.24 | 933,406 | | 09/16/2024 | $76.39 | 933,406 |
| | 10/21/2024 | $58.26 | 934,808 | | 10/21/2024 | $76.34 | 934,808 |
| | 11/18/2024 | $75.56 | 936,290 | | 11/18/2024 | $57.64 | 936,290 |
| | 12/16/2024 | $75.55 | 937,676 | | 12/16/2024 | $57.64 | 937,676 |

**Chapter 13 Case # 20-23942**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| HOP ENERGY LLC | | | | | | | |
| | 02/14/2022 | $26.68 | 885,253 | | 03/14/2022 | $27.37 | 886,994 |
| | 04/18/2022 | $27.80 | 888,648 | | 05/16/2022 | $27.80 | 890,423 |
| | 06/20/2022 | $27.80 | 892,073 | | 07/18/2022 | $27.80 | 893,842 |
| | 08/15/2022 | $27.80 | 895,421 | | 09/19/2022 | $27.78 | 896,986 |
| | 10/17/2022 | $27.82 | 898,689 | | 11/14/2022 | $27.21 | 900,266 |
| | 12/12/2022 | $27.22 | 901,851 | | 01/09/2023 | $27.22 | 903,347 |
| | 02/13/2023 | $27.23 | 904,847 | | 03/13/2023 | $27.22 | 906,475 |
| | 04/17/2023 | $27.24 | 908,028 | | 05/15/2023 | $27.22 | 909,704 |
| | 06/12/2023 | $26.93 | 911,157 | | 07/17/2023 | $26.93 | 912,677 |
| | 08/14/2023 | $26.94 | 914,206 | | 09/18/2023 | $26.94 | 915,690 |
| | 10/16/2023 | $26.93 | 917,211 | | 11/13/2023 | $26.50 | 918,638 |
| | 12/11/2023 | $26.50 | 920,072 | | 01/08/2024 | $26.52 | 921,481 |
| | 02/12/2024 | $26.48 | 922,812 | | 03/11/2024 | $26.50 | 924,282 |
| | 04/15/2024 | $26.52 | 925,691 | | 05/10/2024 | $26.50 | 927,198 |
| | 06/17/2024 | $26.51 | 928,561 | | 07/15/2024 | $26.50 | 930,077 |
| | 08/19/2024 | $27.37 | 931,470 | | 09/16/2024 | $27.36 | 932,974 |
| | 10/21/2024 | $27.37 | 934,325 | | 11/18/2024 | $27.08 | 935,822 |
| | 12/16/2024 | $27.08 | 937,207 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 03/14/2022 | $9.12 | 8,002,740 | | 05/16/2022 | $9.38 | 8,002,838 |
| | 07/18/2022 | $9.38 | 8,002,949 | | 09/19/2022 | $9.39 | 8,003,047 |
| | 11/14/2022 | $9.28 | 8,003,147 | | 01/09/2023 | $9.19 | 8,003,256 |
| | 03/13/2023 | $9.18 | 8,003,366 | | 05/15/2023 | $9.20 | 8,003,477 |
| | 07/17/2023 | $9.09 | 8,003,583 | | 09/18/2023 | $9.09 | 8,003,693 |
| | 11/13/2023 | $9.01 | 8,003,809 | | 01/08/2024 | $8.95 | 8,003,910 |
| | 03/11/2024 | $8.94 | 8,003,994 | | 05/10/2024 | $8.95 | 8,004,083 |
| | 07/15/2024 | $8.94 | 8,004,172 | | 09/16/2024 | $9.25 | 8,004,253 |
| | 11/18/2024 | $9.18 | 8,004,335 | | | | |
| KOHL'S PERITUS PORTFOLIO SERVICES II, LLC | | | | | | | |
| | 02/14/2022 | $21.10 | 886,136 | | 03/14/2022 | $21.64 | 887,839 |
| | 04/18/2022 | $21.98 | 889,575 | | 05/16/2022 | $21.98 | 891,258 |
| | 06/20/2022 | $21.98 | 892,961 | | 07/18/2022 | $21.98 | 894,643 |
| | 08/15/2022 | $21.97 | 896,230 | | 09/19/2022 | $21.99 | 897,840 |
| | 10/17/2022 | $21.97 | 899,491 | | 11/14/2022 | $21.53 | 901,063 |
| | 12/12/2022 | $21.52 | 902,607 | | 01/09/2023 | $21.53 | 904,108 |
| | 02/13/2023 | $21.52 | 905,648 | | 03/13/2023 | $21.53 | 907,252 |
| | 04/17/2023 | $21.52 | 908,865 | | 05/15/2023 | $21.54 | 910,450 |
| | 06/12/2023 | $21.29 | 911,929 | | 07/17/2023 | $21.30 | 913,450 |
| | 08/14/2023 | $21.29 | 914,966 | | 09/18/2023 | $21.30 | 916,464 |
| | 10/16/2023 | $21.29 | 917,933 | | 11/13/2023 | $20.96 | 919,382 |
| | 12/11/2023 | $20.95 | 920,780 | | 01/08/2024 | $20.96 | 922,168 |
| | 02/12/2024 | $20.96 | 923,541 | | 03/11/2024 | $20.96 | 924,977 |
| | 04/15/2024 | $20.95 | 926,432 | | 05/10/2024 | $20.95 | 927,877 |
| | 06/17/2024 | $20.96 | 929,319 | | 07/15/2024 | $20.96 | 930,764 |
| | 08/19/2024 | $21.64 | 932,207 | | 09/16/2024 | $21.63 | 933,631 |
| | 10/21/2024 | $21.64 | 935,065 | | 11/18/2024 | $21.41 | 936,526 |
| | 12/16/2024 | $21.41 | 937,914 | | | | |

**Chapter 13 Case # 20-23942**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 02/14/2022 | $13.52 | 8,002,683 | 02/14/2022 | $35.71 | 8,002,683 |
| | 02/14/2022 | $88.83 | 8,002,683 | 02/14/2022 | $90.17 | 8,002,683 |
| | 02/14/2022 | $24.07 | 8,002,683 | 03/14/2022 | $91.12 | 8,002,741 |
| | 03/14/2022 | $36.63 | 8,002,741 | 03/14/2022 | $13.87 | 8,002,741 |
| | 03/14/2022 | $24.68 | 8,002,741 | 03/14/2022 | $92.48 | 8,002,741 |
| | 04/18/2022 | $92.56 | 8,002,785 | 04/18/2022 | $37.21 | 8,002,785 |
| | 04/18/2022 | $14.09 | 8,002,785 | 04/18/2022 | $25.07 | 8,002,785 |
| | 04/18/2022 | $93.94 | 8,002,785 | 05/16/2022 | $92.56 | 8,002,843 |
| | 05/16/2022 | $37.21 | 8,002,843 | 05/16/2022 | $14.09 | 8,002,843 |
| | 05/16/2022 | $25.07 | 8,002,843 | 05/16/2022 | $93.95 | 8,002,843 |
| | 06/20/2022 | $92.56 | 8,002,892 | 06/20/2022 | $37.21 | 8,002,892 |
| | 06/20/2022 | $14.09 | 8,002,892 | 06/20/2022 | $93.94 | 8,002,892 |
| | 06/20/2022 | $25.07 | 8,002,892 | 07/18/2022 | $92.56 | 8,002,950 |
| | 07/18/2022 | $37.21 | 8,002,950 | 07/18/2022 | $14.09 | 8,002,950 |
| | 07/18/2022 | $25.07 | 8,002,950 | 07/18/2022 | $93.94 | 8,002,950 |
| | 08/15/2022 | $93.96 | 8,002,997 | 08/15/2022 | $92.55 | 8,002,997 |
| | 08/15/2022 | $37.18 | 8,002,997 | 08/15/2022 | $14.10 | 8,002,997 |
| | 08/15/2022 | $25.09 | 8,002,997 | 09/19/2022 | $93.95 | 8,003,048 |
| | 09/19/2022 | $92.55 | 8,003,048 | 09/19/2022 | $37.24 | 8,003,048 |
| | 09/19/2022 | $14.08 | 8,003,048 | 09/19/2022 | $25.07 | 8,003,048 |
| | 10/17/2022 | $93.92 | 8,003,103 | 10/17/2022 | $92.53 | 8,003,103 |
| | 10/17/2022 | $37.20 | 8,003,103 | 10/17/2022 | $14.10 | 8,003,103 |
| | 10/17/2022 | $25.09 | 8,003,103 | 11/14/2022 | $92.01 | 8,003,148 |
| | 11/14/2022 | $90.67 | 8,003,148 | 11/14/2022 | $36.42 | 8,003,148 |
| | 11/14/2022 | $13.79 | 8,003,148 | 11/14/2022 | $24.54 | 8,003,148 |
| | 12/12/2022 | $90.63 | 8,003,201 | 12/12/2022 | $36.45 | 8,003,201 |
| | 12/12/2022 | $13.81 | 8,003,201 | 12/12/2022 | $24.55 | 8,003,201 |
| | 12/12/2022 | $91.99 | 8,003,201 | 01/09/2023 | $92.00 | 8,003,257 |
| | 01/09/2023 | $90.64 | 8,003,257 | 01/09/2023 | $36.44 | 8,003,257 |
| | 01/09/2023 | $13.80 | 8,003,257 | 01/09/2023 | $24.55 | 8,003,257 |
| | 02/13/2023 | $92.00 | 8,003,309 | 02/13/2023 | $90.63 | 8,003,309 |
| | 02/13/2023 | $36.43 | 8,003,309 | 02/13/2023 | $13.78 | 8,003,309 |
| | 02/13/2023 | $24.56 | 8,003,309 | 03/13/2023 | $92.00 | 8,003,367 |
| | 03/13/2023 | $90.64 | 8,003,367 | 03/13/2023 | $36.44 | 8,003,367 |
| | 03/13/2023 | $13.80 | 8,003,367 | 03/13/2023 | $24.55 | 8,003,367 |
| | 04/17/2023 | $90.64 | 8,003,414 | 04/17/2023 | $36.43 | 8,003,414 |
| | 04/17/2023 | $13.81 | 8,003,414 | 04/17/2023 | $24.56 | 8,003,414 |
| | 04/17/2023 | $92.00 | 8,003,414 | 05/15/2023 | $90.62 | 8,003,472 |
| | 05/15/2023 | $36.43 | 8,003,472 | 05/15/2023 | $13.80 | 8,003,472 |
| | 05/15/2023 | $24.55 | 8,003,472 | 05/15/2023 | $91.98 | 8,003,472 |
| | 06/12/2023 | $89.69 | 8,003,529 | 06/12/2023 | $36.06 | 8,003,529 |
| | 06/12/2023 | $13.65 | 8,003,529 | 06/12/2023 | $24.30 | 8,003,529 |
| | 06/12/2023 | $91.03 | 8,003,529 | 07/17/2023 | $91.02 | 8,003,582 |
| | 07/17/2023 | $89.68 | 8,003,582 | 07/17/2023 | $36.05 | 8,003,582 |
| | 07/17/2023 | $13.65 | 8,003,582 | 07/17/2023 | $24.29 | 8,003,582 |
| | 08/14/2023 | $89.68 | 8,003,637 | 08/14/2023 | $36.06 | 8,003,637 |
| | 08/14/2023 | $13.65 | 8,003,637 | 08/14/2023 | $24.29 | 8,003,637 |
| | 08/14/2023 | $91.03 | 8,003,637 | 09/18/2023 | $89.69 | 8,003,690 |
| | 09/18/2023 | $36.03 | 8,003,690 | 09/18/2023 | $13.65 | 8,003,690 |
| | 09/18/2023 | $24.30 | 8,003,690 | 09/18/2023 | $91.03 | 8,003,690 |
| | 10/16/2023 | $91.00 | 8,003,749 | 10/16/2023 | $89.66 | 8,003,749 |
| | 10/16/2023 | $36.07 | 8,003,749 | 10/16/2023 | $13.65 | 8,003,749 |
| | 10/16/2023 | $24.29 | 8,003,749 | 11/13/2023 | $89.56 | 8,003,806 |
| | 11/13/2023 | $88.24 | 8,003,806 | 11/13/2023 | $35.47 | 8,003,806 |
| | 11/13/2023 | $13.43 | 8,003,806 | 11/13/2023 | $23.90 | 8,003,806 |
| | 12/11/2023 | $88.22 | 8,003,859 | 12/11/2023 | $35.46 | 8,003,859 |
| | 12/11/2023 | $13.44 | 8,003,859 | 12/11/2023 | $23.92 | 8,003,859 |
| | 12/11/2023 | $89.60 | 8,003,859 | 01/08/2024 | $88.27 | 8,003,906 |
| | 01/08/2024 | $35.48 | 8,003,906 | 01/08/2024 | $13.44 | 8,003,906 |
| | 01/08/2024 | $23.89 | 8,003,906 | 01/08/2024 | $89.52 | 8,003,906 |
| | 02/12/2024 | $89.59 | 8,003,947 | 02/12/2024 | $88.24 | 8,003,947 |

Case 20-23942-SLM    Doc 49    Filed 01/18/25    Entered 01/18/25 13:42:30    Desc Main
Document    Page 5 of 7

**Chapter 13 Case # 20-23942**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 02/12/2024 | $35.48 | 8,003,947 | | 02/12/2024 | $13.42 | 8,003,947 |
| | 02/12/2024 | $23.91 | 8,003,947 | | 03/11/2024 | $88.24 | 8,003,991 |
| | 03/11/2024 | $35.47 | 8,003,991 | | 03/11/2024 | $13.43 | 8,003,991 |
| | 03/11/2024 | $23.90 | 8,003,991 | | 03/11/2024 | $89.56 | 8,003,991 |
| | 04/15/2024 | $89.56 | 8,004,035 | | 04/15/2024 | $88.24 | 8,004,035 |
| | 04/15/2024 | $35.47 | 8,004,035 | | 04/15/2024 | $13.44 | 8,004,035 |
| | 04/15/2024 | $23.90 | 8,004,035 | | 05/10/2024 | $88.23 | 8,004,082 |
| | 05/10/2024 | $35.47 | 8,004,082 | | 05/10/2024 | $13.44 | 8,004,082 |
| | 05/10/2024 | $23.92 | 8,004,082 | | 05/10/2024 | $89.55 | 8,004,082 |
| | 06/17/2024 | $89.59 | 8,004,126 | | 06/17/2024 | $88.25 | 8,004,126 |
| | 06/17/2024 | $35.48 | 8,004,126 | | 06/17/2024 | $13.42 | 8,004,126 |
| | 06/17/2024 | $23.89 | 8,004,126 | | 07/15/2024 | $89.56 | 8,004,169 |
| | 07/15/2024 | $88.24 | 8,004,169 | | 07/15/2024 | $35.47 | 8,004,169 |
| | 07/15/2024 | $13.43 | 8,004,169 | | 07/15/2024 | $23.90 | 8,004,169 |
| | 08/19/2024 | $91.12 | 8,004,210 | | 08/19/2024 | $36.63 | 8,004,210 |
| | 08/19/2024 | $13.88 | 8,004,210 | | 08/19/2024 | $24.68 | 8,004,210 |
| | 08/19/2024 | $92.48 | 8,004,210 | | 09/16/2024 | $92.46 | 8,004,251 |
| | 09/16/2024 | $91.10 | 8,004,251 | | 09/16/2024 | $36.62 | 8,004,251 |
| | 09/16/2024 | $13.88 | 8,004,251 | | 09/16/2024 | $24.71 | 8,004,251 |
| | 10/21/2024 | $92.50 | 8,004,295 | | 10/21/2024 | $91.12 | 8,004,295 |
| | 10/21/2024 | $36.64 | 8,004,295 | | 10/21/2024 | $13.87 | 8,004,295 |
| | 10/21/2024 | $24.67 | 8,004,295 | | 11/18/2024 | $90.16 | 8,004,336 |
| | 11/18/2024 | $36.24 | 8,004,336 | | 11/18/2024 | $13.73 | 8,004,336 |
| | 11/18/2024 | $24.42 | 8,004,336 | | 11/18/2024 | $91.51 | 8,004,336 |
| | 12/16/2024 | $90.15 | 8,004,376 | | 12/16/2024 | $36.24 | 8,004,376 |
| | 12/16/2024 | $13.72 | 8,004,376 | | 12/16/2024 | $24.44 | 8,004,376 |
| | 12/16/2024 | $91.51 | 8,004,376 | | | | |
| **QUANTUM3 GROUP LLC** | | | | | | | |
| | 02/14/2022 | $19.82 | 885,693 | | 03/14/2022 | $20.33 | 887,405 |
| | 04/18/2022 | $20.65 | 889,084 | | 05/16/2022 | $20.65 | 890,810 |
| | 06/20/2022 | $20.65 | 892,475 | | 07/18/2022 | $20.65 | 894,214 |
| | 08/15/2022 | $20.67 | 895,775 | | 09/19/2022 | $20.64 | 897,371 |
| | 10/17/2022 | $20.67 | 899,036 | | 11/14/2022 | $20.21 | 900,609 |
| | 12/12/2022 | $20.22 | 902,177 | | 01/09/2023 | $20.22 | 903,663 |
| | 02/13/2023 | $20.23 | 905,169 | | 03/13/2023 | $20.22 | 906,788 |
| | 04/17/2023 | $20.23 | 8,003,428 | | 05/15/2023 | $20.22 | 8,003,479 |
| | 06/12/2023 | $20.02 | 8,003,537 | | 07/17/2023 | $20.01 | 8,003,594 |
| | 08/14/2023 | $19.99 | 8,003,649 | | 09/18/2023 | $20.03 | 8,003,703 |
| | 10/16/2023 | $20.01 | 8,003,772 | | 11/13/2023 | $19.69 | 8,003,817 |
| | 12/11/2023 | $19.68 | 8,003,869 | | 01/08/2024 | $19.69 | 8,003,925 |
| | 02/12/2024 | $19.69 | 8,003,964 | | 03/11/2024 | $19.69 | 8,004,011 |
| | 04/15/2024 | $19.69 | 8,004,053 | | 05/10/2024 | $19.69 | 8,004,098 |
| | 06/17/2024 | $19.68 | 8,004,140 | | 07/15/2024 | $19.69 | 8,004,183 |
| | 08/19/2024 | $20.33 | 8,004,220 | | 09/16/2024 | $20.34 | 8,004,259 |
| | 10/21/2024 | $20.32 | 8,004,299 | | 11/18/2024 | $20.12 | 8,004,342 |
| | 12/16/2024 | $20.12 | 8,004,390 | | | | |
| **QUICKEN LOANS INC** | | | | | | | |
| | 08/16/2021 | $542.24 | 876,194 | | 09/20/2021 | $646.72 | 877,960 |
| | 10/18/2021 | $646.72 | 879,699 | | 11/17/2021 | $653.60 | 881,399 |
| | 12/13/2021 | $653.60 | 883,032 | | 01/10/2022 | $653.60 | 884,679 |
| | 02/14/2022 | $16.38 | 886,400 | | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| TD BANK NA | | | | | | | |
| | 02/14/2022 | $66.91 | 885,701 | | 03/14/2022 | $68.63 | 887,412 |
| | 04/18/2022 | $69.71 | 889,092 | | 05/16/2022 | $69.72 | 890,815 |
| | 06/20/2022 | $69.71 | 892,482 | | 07/18/2022 | $69.71 | 894,221 |
| | 08/15/2022 | $69.72 | 895,781 | | 09/19/2022 | $69.72 | 897,377 |
| | 10/17/2022 | $69.70 | 899,042 | | 11/14/2022 | $68.29 | 900,614 |
| | 12/12/2022 | $68.27 | 902,181 | | 01/09/2023 | $68.27 | 903,667 |
| | 02/13/2023 | $68.27 | 905,174 | | 03/13/2023 | $68.27 | 906,792 |
| | 04/17/2023 | $68.23 | 908,355 | | 05/15/2023 | $68.32 | 909,983 |
| | 06/12/2023 | $67.53 | 911,438 | | 07/17/2023 | $67.55 | 912,952 |
| | 08/14/2023 | $67.55 | 914,466 | | 09/18/2023 | $67.51 | 915,957 |
| | 10/16/2023 | $67.59 | 917,461 | | 11/13/2023 | $66.46 | 918,882 |
| | 12/11/2023 | $66.45 | 920,308 | | 01/08/2024 | $66.48 | 921,701 |
| | 02/12/2024 | $66.45 | 923,034 | | 03/11/2024 | $66.46 | 924,493 |
| | 04/15/2024 | $66.46 | 925,909 | | 05/10/2024 | $66.45 | 927,405 |
| | 06/17/2024 | $66.49 | 928,781 | | 07/15/2024 | $66.46 | 930,273 |
| | 08/19/2024 | $68.63 | 931,664 | | 09/16/2024 | $68.62 | 933,147 |
| | 10/21/2024 | $68.64 | 934,504 | | 11/18/2024 | $67.91 | 935,993 |
| | 12/16/2024 | $67.91 | 937,370 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 05/16/2022 | $6.28 | 890,677 | | 09/19/2022 | $6.38 | 897,242 |
| | 01/09/2023 | $6.27 | 903,549 | | 05/15/2023 | $6.25 | 909,876 |
| | 09/18/2023 | $6.17 | 915,865 | | 01/08/2024 | $6.10 | 921,617 |
| | 05/10/2024 | $6.08 | 927,317 | | 09/16/2024 | $6.18 | 933,073 |
| VISIONS FCU | | | | | | | |
| | 02/14/2022 | $34.97 | 886,844 | | 02/14/2022 | $8.29 | 886,844 |
| | 03/14/2022 | $35.87 | 888,509 | | 03/14/2022 | $8.51 | 888,509 |
| | 04/18/2022 | $36.43 | 890,289 | | 04/18/2022 | $8.64 | 890,289 |
| | 05/16/2022 | $8.64 | 891,918 | | 05/16/2022 | $36.44 | 891,918 |
| | 06/20/2022 | $8.64 | 893,679 | | 06/20/2022 | $36.43 | 893,679 |
| | 07/18/2022 | $36.43 | 895,299 | | 07/18/2022 | $8.64 | 895,299 |
| | 08/15/2022 | $8.64 | 896,843 | | 08/15/2022 | $36.45 | 896,843 |
| | 09/19/2022 | $8.65 | 898,532 | | 09/19/2022 | $36.41 | 898,532 |
| | 10/17/2022 | $8.64 | 900,131 | | 10/17/2022 | $36.46 | 900,131 |
| | 11/14/2022 | $8.46 | 901,703 | | 11/14/2022 | $35.66 | 901,703 |
| | 12/12/2022 | $35.70 | 903,225 | | 12/12/2022 | $8.46 | 903,225 |
| | 01/09/2023 | $8.46 | 904,718 | | 01/09/2023 | $35.68 | 904,718 |
| | 02/13/2023 | $8.46 | 906,312 | | 02/13/2023 | $35.67 | 906,312 |
| | 03/13/2023 | $8.46 | 907,878 | | 03/13/2023 | $35.68 | 907,878 |
| | 04/17/2023 | $35.69 | 909,543 | | 04/17/2023 | $8.47 | 909,543 |
| | 05/15/2023 | $35.67 | 911,029 | | 05/15/2023 | $8.46 | 911,029 |
| | 06/12/2023 | $35.30 | 912,544 | | 06/12/2023 | $8.37 | 912,544 |
| | 07/17/2023 | $8.37 | 914,068 | | 07/17/2023 | $35.30 | 914,068 |
| | 08/14/2023 | $35.31 | 915,535 | | 08/14/2023 | $8.37 | 915,535 |
| | 09/18/2023 | $35.30 | 917,067 | | 09/18/2023 | $8.38 | 917,067 |
| | 10/16/2023 | $8.37 | 918,500 | | 10/16/2023 | $35.29 | 918,500 |
| | 11/13/2023 | $8.24 | 919,944 | | 11/13/2023 | $34.74 | 919,944 |
| | 12/11/2023 | $34.75 | 921,345 | | 12/11/2023 | $8.24 | 921,345 |
| | 01/08/2024 | $34.72 | 922,692 | | 01/08/2024 | $8.23 | 922,692 |
| | 02/12/2024 | $8.24 | 924,131 | | 02/12/2024 | $34.74 | 924,131 |
| | 03/11/2024 | $34.74 | 925,547 | | 03/11/2024 | $8.24 | 925,547 |
| | 04/15/2024 | $8.24 | 927,050 | | 04/15/2024 | $34.73 | 927,050 |
| | 05/10/2024 | $34.75 | 928,425 | | 05/10/2024 | $8.24 | 928,425 |
| | 06/17/2024 | $8.23 | 929,940 | | 06/17/2024 | $34.71 | 929,940 |
| | 07/15/2024 | $8.24 | 931,307 | | 07/15/2024 | $34.74 | 931,307 |
| | 08/19/2024 | $35.87 | 932,820 | | 08/19/2024 | $8.51 | 932,820 |
| | 09/16/2024 | $8.50 | 934,174 | | 09/16/2024 | $35.89 | 934,174 |
| | 10/21/2024 | $8.51 | 935,687 | | 10/21/2024 | $35.86 | 935,687 |
| | 11/18/2024 | $35.49 | 937,088 | | 11/18/2024 | $8.42 | 937,088 |
| | 12/16/2024 | $35.49 | 938,505 | | 12/16/2024 | $8.42 | 938,505 |

**Chapter 13 Case # 20-23942**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,962.43 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,375.60 | 100.00% | 3,375.60 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | BANK OF AMERICA | UNSECURED | 8,425.86 | * | 2,555.48 | |
| 0007 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CAVALRY SPV I LLC | UNSECURED | 8,976.63 | * | 2,722.52 | |
| 0010 | CITIBANK, NA | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | COMENITY BANK/LANE BRYANT | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | DEPARTMENT STORE NATIONAL BANK/M | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | HOP ENERGY LLC | UNSECURED | 3,217.21 | * | 975.75 | |
| 0018 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 2,543.77 | * | 771.50 | |
| 0019 | LOANCARE LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0020 | MIDLAND CREDIT MANAGMENT, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | PARAGONFCU | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 10,711.45 | * | 3,248.67 | |
| 0024 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,306.04 | * | 1,305.98 | |
| 0025 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,630.65 | * | 494.55 | |
| 0027 | QUICKEN LOANS INC | MORTGAGE ARRE | 3,812.86 | 100.00% | 3,812.86 | |
| 0028 | RAYMOUR & FLANIGAN | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | SYNCB/NAUTILUS | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | SYNCB/TOYS R US | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | SYNCHRONY BANK/ JC PENNEYS | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | SYNCHRONY BANK/ OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | SYNCHRONY BANK/PC RICHARD | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,901.76 | * | 880.06 | |
| 0036 | TD BANK NA | UNSECURED | 8,068.03 | * | 2,446.95 | |
| 0038 | TARGET | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | US DEPARTMENT OF HUD | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0042 | VISIONS FCU | UNSECURED | 4,216.60 | * | 1,278.85 | |
| 0044 | WELLS FARGO JEWELRY ADVANTAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | CAVALRY SPV I LLC | UNSECURED | 6,847.90 | * | 2,076.90 | |
| 0047 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 10,872.14 | * | 3,297.41 | |
| 0048 | SYNCHRONY BANK/SELECT COMFORT | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | VISIONS FCU | UNSECURED | 1,000.00 | * | 303.29 | |
| 0050 | QUANTUM3 GROUP LLC | UNSECURED | 2,390.04 | * | 724.87 | |
| 0051 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 542.91 | * | 164.66 | |
| 0052 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 184.41 | * | 55.93 | |

Total Paid: **$32,454.26**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2025.

Receipts: $32,413.00   -   Paid to Claims: $27,116.23   -   Admin Costs Paid: $5,338.03   =   Funds on Hand: $646.74

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.