**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **FRANCES A. EARDLY** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **District of New Jersey** (State) |
| Case Number: | **20-23942** |

# Official Form 410C13-N
# Trustee's Notice of Disbursements Made             12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

### Part 1: Mortgage Information

**Name of claim holder:** QUICKEN LOANS INC

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account     7   2   8   9

**Property Address:**     551 SAINT PAUL AVENUE
CLIFFSIDE, NJ  07010

### Part 2: Statement of Completion

The debtor has completed all payments due under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 3,812.86 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 3,812.86 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 3,812.86 |

| Part 4: | Postpetition Mortgage Payment |
|---|---|

*Check one*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice :  $ 0.00

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claim

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   (d)  $  -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Marie-Ann Greenberg
Signature

Date  01/07/2026

Trustee    Marie-Ann Greenberg

Address    30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Contact phone  (973) 227-2840       Email   mag@magtrustee.com

| Debtor 1 | **FRANCES A. EARDLY** | Case number *(if known)* **20-23942** |
|---|---|---|
| | Name | |

## History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 3 | QUICKEN LOANS INC | 08/16/2021 | 0876194 | Principal (System Check) | 542.24 |
| 3 | QUICKEN LOANS INC | 09/20/2021 | 0877960 | Principal (System Check) | 646.72 |
| 3 | QUICKEN LOANS INC | 10/18/2021 | 0879699 | Principal (System Check) | 646.72 |
| 3 | QUICKEN LOANS INC | 11/17/2021 | 0881399 | Principal (System Check) | 653.60 |
| 3 | QUICKEN LOANS INC | 12/13/2021 | 0883032 | Principal (System Check) | 653.60 |
| 3 | QUICKEN LOANS INC | 01/10/2022 | 0884679 | Principal (System Check) | 653.60 |
| 3 | QUICKEN LOANS INC | 02/14/2022 | 0886400 | Principal (System Check) | 16.38 |
| | | | | Total for Claim Number 3: | 3,812.86 |
| | | | | **Total for Part 3 - b (Prepetition Arrears):** | **3,812.86** |

| Debtor 1 | **FRANCES A. EARDLY** | Case number *(if known)* | **20-23942** |
|---|---|---|---|
| | Name | | |

20-23942

---

### CERTIFICATE OF SERVICE

I did this date serve the attached document(s) on the parties listed below by placing the same in the United States mail with proper postage affixed thereto and addressed as follows:

---

FRANCES A. EARDLY
551 SAINT PAUL AVENUE
CLIFFSIDE PARK, NJ  07010


QUICKEN LOANS INC
635 WOODWARD AVE
DETROIT, MI  48226

KML LAW GROUP PC
701 MARKET ST #5000
PHILADELPHIA, PA  19106


QUICKEN LOANS
ATTN: BANKRUPTCY
1050 WOODWARD AVENUE
DETROIT, MI  48226

---

Service to the following is effective through electronic means pursuant to Fed. R. Bankr. P. 9036.  See Bankruptcy Court's Notice of Electronic Filing:

---

VIRGINIA E FORTUNATO LLC
ONE KINDERKAMACK ROAD
HACKENSACK, NJ  07601


Date: January 07, 2026

/s/ Charles DArrigo
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550