Form ntcfncurv – ntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 20−23942−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frances A. Eardly
   551 Saint Paul Avenue
   Cliffside Park, NJ 07010

Social Security No.:
   xxx−xx−1815

Employer's Tax I.D. No.:

## NOTICE OF RESPONSE TO TRUSTEE'S NOTICE OF DISBURSEMENTS MADE

   TO: <u>Frances A. Eardly</u>
       Debtor(s)

   You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: February 2, 2026
JAN: dlr

                              <u>Jeanne Naughton, Clerk</u>