| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>VIRGINIA E. FORTUNATO, LLC<br>One Kindekamack Road<br>Hackensack, New Jersey 07601<br>Tel: 201-673-5777<br>Virginia E. Fortunato, Esq.<br>Attorney for Debtor, Frances A. Eardly | |
| In Re:<br><br>FRANCES EARDLY,<br><br>Debtor. | Case No.: __20-23942/SLM__<br>Chapter: __13__<br>Adv. No.: _____<br>Hearing Date: __February 11, 2026__<br>Judge: __Stacey L. Meisel__ |

## CERTIFICATION OF SERVICE

1. I, __Virginia E. Fortunato, Esq.__ :

    ☑ represent the ____debtor____ in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On __January 22, 2026__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    (a) Notice of Motion to Void and Cancel Judicial Lien of Citibank, NA Pursuant to 11 U.S.C. Sec. 522(f)(1) and (2)(A); (b) Debtor's Certification in support of motion; and (c) proposed form of Order.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __February 11, 2026__          /s/ Virginia E. Fortunato
                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Citibank, N.A.<br>5800 S Corporate Place<br>Sioux Falls, South Dakota   57108 | Credit | ☐ Hand-delivered<br>☑ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |