**VIRGINIA E. FORTUNATO, L.L.C.**
ATTORNEY AT LAW
One Kinderkamack Road
Hackensack, NJ 07601
(201) 673-5777
(201) 490-8784 (f)

Virginia E. Fortunato
Licensed to practice in New Jersey

February 11, 2026

TO: ALL PARTIES ON ATTACHED SERVICE LIST

    Re: Frances Eardly
        Case No. 20-23942/SLM - Chapter

Dear Sir/Madam:

    Please be advised that the hearing of the Debtor's Motion to Void and Cancel Judgment Lien of Citibank, N.A., originally scheduled for Wednesday, February 11, 2026 at 10:00 a.m., has been rescheduled for Wednesday, March 25, 2026 at 10:00 a.m. regarding the above-referenced matter.

    Should you have any questions, concerns, or need any additional information, please advise.

                      Very truly yours,

                      VIRGINIA E. FORTUNATO

VEF:klts



Virginia E. Fortunato is a proud member of the National Association of Consumer Bankruptcy Attorneys. Congress has designated Virginia E. Fortunato, LLC as a debt relief agency. We help people file for bankruptcy under the Bankruptcy Code.

**Re: Frances A. Eardly
Chapter 13
Case No. 20-23942/SLM**

Citibank, N.A.
5800 S Corporate Place
Sioux Falls, South Dakota  57108

Citibank, N.A.
c/o Tenaglia & Hunt PA
365 W. Passaic Street
Rochelle Park, New Jersey  07662

Ms. Frances A. Eardly
551 Saint Paul's Avenue
Cliffside Park, New Jersey  07010