| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| |
| VIRGINIA E. FORTUNATO, LLC |
| One Kindekamack Road |
| Hackensack, New Jersey 07601 |
| Tel: 201-673-5777 |
| Virginia E. Fortunato, Esq. |
| Attorney for Debtor, Frances A. Eardly |

| In Re: | Case No.: | 20-23942/SLM |
| --- | --- | --- |
| FRANCES EARDLY, | Chapter: | 13 |
| Debtor. | Adv. No.: | |
| | Hearing Date: | March 25, 2026 |
| | Judge: | Stacey L. Meisel |

## CERTIFICATION OF SERVICE

1. I, ___Virginia E. Fortunato, Esq.___ :

   ☑ represent the ___debtor___ in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On ___February 11, 2026___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Letter dated February 11, 2026 regarding adjournment of Motion to Avoid Lien of Citibank NA from February 11, 2026 at 10:00 a.m. to March 25, 2026 at 10:00 a.m.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: ___February 11, 2026___   /s/ Virginia E. Fortunato
                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, New Jersey 07102 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg, Esq., Trustee<br>30 Two Bridges Road - Suite 330<br>Fairfield, New Jersey 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Citibank, NA<br>5800 S Corporate Place<br>Sioux Falls, South Dakota 57108 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Citibank, NA<br>c/o Tenaglia & Hunt PA<br>365 W. Passaic Street<br>Rochelle Park, New Jersey 07662 | Attorneys for Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ms. Frances A. Eardly<br>551 Saint Paul's Avenue<br>Cliffside Park, New Jersey  07010 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |