| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>VIRGINIA E. FORTUNATO, LLC<br>One Kinderkamack Road<br>Hackensack, New Jersey   07601<br>Tel.:  201-673-5777<br><br>Virginia E. Fortunato, Esq.<br>Attorney for Debtor, Frances Eardly | |

**Order Filed on February 19, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

  FRANCES A. EARDLY,

        Debtor.

Case No:      20-23942/SLM

Chapter:      13

Hearing Date:   February 11, 2026

Judge:       Stacey L. Meisel

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☐ **MORTGAGE**    ☒ **LIEN**    ☐ **OTHER (specify)** _____

   The relief set forth on the following page is hereby **ORDERED.**

**DATED: February 19, 2026**

_Stacey L. Meisel_
   Honorable Stacey L. Meisel
   United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) _____

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: HOP Energy, LLC, d/b/a Metro Energy_____

b. Current Assignee: N/A_____

c. Current Servicer: N/A_____

d. Date of Mortgage/Lien: August 12, 2020_____

e. Date of Recordation: September 2, 2020_____

f. Place of Recordation: Clerk of the Superior Court of New Jersey_____

    i. Mortgage Book: N/A_____

    ii. Page: _____ N/A_____

g. Original Principal Balance of Mortgage/Lien: $ 3,179.35_____
    Bergen Co.-DC-005456-20/DJ-089149-20

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

2