| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** **DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) VIRGINIA E. FORTUNATO, LLC One Kinderkamack Road Hackensack, New Jersey   07601 Tel.: 201-673-5777 Virginia E. Fortunato, Esq. Attorney for Debtor, Frances A. Eardly | |

Order Filed on February 19, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

 FRANCES EARDLY,

        Debtor.

Case No:       20-23942/SLM

Chapter:       13

Hearing Date:   February 11, 2026

Judge:       Stacey L. Meisel

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☐ **MORTGAGE**    ☒ **LIEN**    ☐ **OTHER** (specify) _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: February 19, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) _____

Description of Mortgage/Judgment Lien:

   a. Original Mortgagee/Lienholder: _Midland Credit Management, Inc._____

   b. Current Assignee: _N/A_____

   c. Current Servicer: _N/A_____

   d. Date of Mortgage/Lien: _August 21, 2020_____

   e. Date of Recordation: _November 20, 2020_____

   f. Place of Recordation: _Clerk of the Superior Court of New Jersey_____

      i. Mortgage Book: _N/A_____

      ii. Page: _____N/A_____

   g. Original Principal Balance of Mortgage/Lien: $ _2,549.36_____
                                             Bergen Co.-DC-003155-20/DJ-101404-20

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

2