**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

VIRGINIA E. FORTUNATO, LLC
One Kinderkamack Road
Hackensack, New Jersey   07601
Tel.: 201-673-5777

Virginia E. Fortunato, Esq.
Attorney for Debtor, Frances Eardly

In Re:

FRANCES A. EARDLY,

        Debtor.

Order Filed on February 19, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No:        20-23942/SLM

Chapter:        13

Hearing Date:   February 11, 2026

Judge:          Stacey L. Meisel

ORDER ON MOTION TO CANCEL AND DISCHARGE:

☐ **MORTGAGE**   ☒ **LIEN**   ☐ **OTHER** (specify) _____

The relief set forth on the following page is hereby **ORDERED.**

DATED: February 19, 2026

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) _____

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: HOP Energy, LLC, d/b/a Metro Energy_____

b. Current Assignee: N/A_____

c. Current Servicer: N/A_____

d. Date of Mortgage/Lien: August 12, 2020_____

e. Date of Recordation: September 2, 2020_____

f. Place of Recordation: Clerk of the Superior Court of New Jersey_____

   i. Mortgage Book: N/A_____

   ii. Page: _____ N/A_____

g. Original Principal Balance of Mortgage/Lien: $ 3,179.35_____
   Bergen Co.-DC-005456-20/DJ-089149-20

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-23942-SLM |
| Frances A. Eardly | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 20, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
           regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Frances A. Eardly, 551 Saint Paul Avenue, Cliffside Park, NJ 07010-1712 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2026            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Marie-Ann Greenberg | |
| | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Michael R. DuPont | |
| | on behalf of Creditor HOP Energy  LLC dupont@redbanklaw.com, lori@redbanklaw.com |
| U.S. Trustee | |

District/off: 0312-2                                     User: admin                                          Page 2 of 2
Date Rcvd: Feb 20, 2026                                 Form ID: pdf903                                    Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

Virginia E. Fortunato

on behalf of Debtor Frances A. Eardly njbankruptcy911@gmail.com
bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com

TOTAL: 7