UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR
9004-1(b)**

VIRGINIA E. FORTUNATO, LLC
One Kindekamack Road
Hackensack, New Jersey 07601
Tel:  201-673-5777
Virginia E. Fortunato, Esq.
Attorney for Debtor, Frances A. Eardly

| In Re: | | Case No.: | 20-23942/SLM |
|---|---|---|---|
| FRANCES A. EARDLY, | | Chapter: | 13 |
| | | Adv. No.: | |
| Debtor. | | Hearing Date: | April 21, 2026 |
| | | Judge: | Stacey L. Meisel |

## CERTIFICATION OF SERVICE

1.  I, ___Virginia E. Fortunato, Esq.___ :

   ☑ represent the _____debtor_____ in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the

   _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2.     On ____March 18, 2026____, I sent a copy of the following pleadings and/or documents to the
parties listed in the chart below:

   (a) Cover Sheet re Fee Application (b) Application for Allowance of Fees to Debtor's
   Attorney Post-Confirmation from December 18, 2025 to February 11, 2026;
   c) Certification of Services from December 18, 2025 to February 11, 2026; and
   (d) proposed form of Final Order.                                            ⊞

3.     I hereby certify under penalty of perjury that the above documents were sent using the mode of

   service indicated.

Dated:  March 18, 2026                      /s/ Virginia E. Fortunato, Esq._____
                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, New Jersey   07101 | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Marie Ann Greenberg, Esq., Trustee<br>30 Two Bridges Road - Suite 330<br>Fairfield, New Jersey   07004 | Chapter 13 Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Ms. Frances A. Eardly<br>551 Saint Paul's Avenue<br>Cliffside Park, New Jersey   07020 | Debtor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>☑ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |

2