Form 137 − aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−23942−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frances A. Eardly
   551 Saint Paul Avenue
   Cliffside Park, NJ 07010

Social Security No.:
   xxx−xx−1815

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       4/21/26
Time:        02:30 PM
Location:    Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
irginia E. Fortunato

COMMISSION OR FEES
$2,069.75

EXPENSES
$30.25

If this is a chapter 13 case, the fees and expenses awarded:

☑      will not reduce the amount to be paid to general unsecured
       creditors under the plan.

☐      will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 18, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Frances A. Eardly  
    Debtor

Case No. 20-23942-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2

Date Rcvd: Mar 18, 2026

User: admin

Form ID: 137

Page 1 of 4

Total Noticed: 65

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frances A. Eardly, 551 Saint Paul Avenue, Cliffside Park, NJ 07010-1712 |
| cr | + | HOP Energy, LLC, McKenna, DuPont, Higgins, & Stone, 229 Broad Street, PO Box 610, Red Bank, NJ 07701-0610 |
| 519057773 | + | Bank of America, NA (FDIC), 100 North Tryon Street, Charlotte, NC 28202-2135 |
| 519057775 | + | Capital One Bank, N.A. (FDIC), Capital One Bank Headquarters, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 519057783 | + | HOP Energy LLC d/b/a Metro Energy, 4 W. Red Oak Lane, White Plains, NY 10604-3606 |
| 519057784 | + | John F. Eardly, 551 St Paul's Avenue, Cliffside Park, NJ 07010-1712 |
| 519124877 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519057789 | + | Paragonfcu, 100 Paragon Drive, Montvale, NJ 07645-1779 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 18 2026 21:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 18 2026 21:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Mar 18 2026 21:24:52 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 519057768 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 18 2026 21:23:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 519057769 | + | Email/PDF: bncnotices@becket-lee.com | Mar 18 2026 21:35:23 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519057771 | ^ | MEBN | Mar 18 2026 21:24:09 | Apothaker & Associates PC, 520 Fellowship Road, C-306, Mount Laurel, NJ 08054-3410 |
| 519057770 | ^ | MEBN | Mar 18 2026 21:24:06 | Apothaker & Associates PC, 520 Fellowship Road, Mount Laurel, NJ 08054-3410 |
| 519057772 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 18 2026 21:23:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519085367 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Mar 18 2026 21:24:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519057774 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 18 2026 21:24:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519057776 | + | Email/Text: bankruptcy@cavps.com | Mar 18 2026 21:25:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 519077669 | + | Email/Text: bankruptcy@cavps.com | Mar 18 2026 21:25:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

District/off: 0312-2    User: admin    Page 2 of 4

Date Rcvd: Mar 18, 2026    Form ID: 137    Total Noticed: 65

519057777    ^  MEBN
Mar 18 2026 21:26:31    Citibank, NA, ATTN: Tenaglia & Hunt, PA, 395 W. Passaic St, Rochelle Park, NJ 07662-3016

519057778    +  Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM
Mar 18 2026 21:24:00    Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125

519057779    Email/PDF: Citi.BNC.Correspondence@citi.com
Mar 18 2026 21:35:18    Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040

519057780    +  Email/Text: mrdiscen@discover.com
Mar 18 2026 21:24:00    Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025

519057781    ^  MEBN
Mar 18 2026 21:23:23    Equifax, P.O. Box 105851, Atlanta, GA 30348-5851

519057782    ^  MEBN
Mar 18 2026 21:24:03    Experian, P.O. Box 2002, Allen, TX 75013-2002

519072073    Email/Text: JCAP_BNC_Notices@jcap.com
Mar 18 2026 21:25:00    Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617

519057785    +  Email/PDF: AIS.cocard.ebn@aisinfo.com
Mar 18 2026 21:35:22    Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043

519057786    +  Email/Text: LC-Bankruptcy-RF@loancare.net
Mar 18 2026 21:24:00    LoanCare LLC, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068

519057788    Email/Text: Bankruptcy@mjrf.com
Mar 18 2026 21:24:00    Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 Jericho Turnpike, Syosset, NY 11791-9036

519057787    +  Email/Text: bankruptcydpt@mcmcg.com
Mar 18 2026 21:25:00    Midland Credit Managment, Inc., Attn: Bankruptcy, 350 Camino De La Reina Ste 100, San Diego, CA 92108-3007

519057791    Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com
Mar 18 2026 21:35:07    Portfolio Recovery, 120 Corporate Blvd., Norfolk, VA 23502

519057790    Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com
Mar 18 2026 21:35:07    Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502

519057792    Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com
Mar 18 2026 21:35:23    Portfolio Recovery Associates, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502

519132401    Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com
Mar 18 2026 21:35:23    Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541

519120981    Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com
Mar 18 2026 21:35:23    Portfolio Recovery Associates, LLC, c/o Jennifer Furniture, POB 41067, Norfolk VA 23541

519120098    Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com
Mar 18 2026 21:35:23    Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541

519122559    Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com
Mar 18 2026 21:35:07    Portfolio Recovery Associates, LLC, c/o U.s. Bank National Association, POB 41067, Norfolk VA 23541

519127138    Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com
Mar 18 2026 21:35:23    Portfolio Recovery Associates, LLC, c/o Walmart, POB 41067, Norfolk VA 23541

519057793    Email/Text: signed.order@pfwattorneys.com
Mar 18 2026 21:24:00    Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-9944

519070954    Email/Text: bnc-quantum@quantum3group.com
Mar 18 2026 21:24:00    Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788

519057794    +  Email/Text: bankruptcyteam@rocketmortgage.com
Mar 18 2026 21:25:00    Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573

519070278    +  Email/Text: bankruptcyteam@rocketmortgage.com
Mar 18 2026 21:25:00    Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408

519057795    ^  MEBN
Mar 18 2026 21:22:47    Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130

| Recipient # | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519057796 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2026 21:35:12 | Syncb/Nautilus, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519057797 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2026 21:35:12 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519059290 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2026 21:35:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519115526 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2026 21:35:12 | Synchrony Bank (FDIC), 170 West Election Rd., Ste. 125, Draper, UT 84020-6425 |
| 519115527 | ^ | MEBN | Mar 18 2026 21:25:21 | Synchrony Bank-Amazon, Attn: Credit Corp. Solutions, Inc., 121 W. Election Rd., Ste. 200, Draper, UT 84020-7766 |
| 519057798 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2026 21:35:12 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519057799 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2026 21:35:20 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519057800 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2026 21:35:12 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 519057801 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2026 21:35:12 | Synchrony Bank/Select Comfort, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519057802 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2026 21:35:04 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519057804 | | Email/Text: bankruptcy@td.com | Mar 18 2026 21:25:00 | TD Bank, Attn: Bankruptcy, 1701 Route 70 E, Cherry Hill, NJ 08034 |
| 519063318 | ^ | MEBN | Mar 18 2026 21:25:27 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519057805 | + | Email/Text: bankruptcy@td.com | Mar 18 2026 21:25:00 | TD Bank, NA (FDIC), 2035 Limestone Road, Wilmington, DE 19808-5529 |
| 519057803 | + | Email/Text: bncmail@w-legal.com | Mar 18 2026 21:24:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519057806 | ^ | MEBN | Mar 18 2026 21:23:42 | Trans Union, P.O. Box 2000, Chester, PA 19016-2000 |
| 519129880 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 18 2026 21:35:07 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519057807 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 18 2026 21:35:07 | US Dept of Housing & Urban Development, Mortgage Accounting & Servicing, 451 Seventh St, SW, Washington, DC 20410-0001 |
| 519057808 | | Email/Text: bankruptcy@visionsfcu.org | Mar 18 2026 21:24:00 | Visions FCU, Attn: Bankruptcy, 24 Mckinley Ave, Endicott, NY 13760 |
| 519123427 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 18 2026 21:35:24 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519057809 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Mar 18 2026 21:35:22 | Wells Fargo Bank, N.A. (FDIC), 101 North Phillips Avenue, Sioux Falls, SD 57104-6714 |
| 519057810 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Mar 18 2026 21:35:14 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 57

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Mar 18, 2026 | Form ID: 137 | Total Noticed: 65

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Michael R. DuPont | on behalf of Creditor HOP Energy  LLC dupont@redbanklaw.com, lori@redbanklaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia E. Fortunato | on behalf of Debtor Frances A. Eardly njbankruptcy911@gmail.com bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com |

TOTAL: 7