| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Frances A. Eardly | Social Security number or ITIN   xxx–xx–1815 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   20–23942–SLM | | |

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Frances A. Eardly

<u>3/23/26</u>

**By the court:** <u>Stacey L. Meisel</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 20-23942-SLM |
|---|---|
| Frances A. Eardly | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 23, 2026 | Form ID: 3180W | Total Noticed: 65 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frances A. Eardly, 551 Saint Paul Avenue, Cliffside Park, NJ 07010-1712 |
| cr | + | HOP Energy, LLC, McKenna, DuPont, Higgins, & Stone, 229 Broad Street, PO Box 610, Red Bank, NJ 07701-0610 |
| 519057773 | + | Bank of America, NA (FDIC), 100 North Tryon Street, Charlotte, NC 28202-2135 |
| 519057775 | + | Capital One Bank, N.A. (FDIC), Capital One Bank Headquarters, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 519057783 | + | HOP Energy LLC d/b/a Metro Energy, 4 W. Red Oak Lane, White Plains, NY 10604-3606 |
| 519057784 | + | John F. Eardly, 551 St Paul's Avenue, Cliffside Park, NJ 07010-1712 |
| 519124877 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519057789 | + | Paragonfcu, 100 Paragon Drive, Montvale, NJ 07645-1779 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 23 2026 21:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 23 2026 21:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Mar 23 2026 21:28:15 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 519057768 | + | EDI: GMACFS.COM | Mar 24 2026 00:59:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 519057769 | + | Email/PDF: bncnotices@becket-lee.com | Mar 23 2026 21:35:18 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519057771 | ^ | MEBN | Mar 23 2026 21:26:36 | Apothaker & Associates PC, 520 Fellowship Road, C-306, Mount Laurel, NJ 08054-3410 |
| 519057770 | ^ | MEBN | Mar 23 2026 21:26:37 | Apothaker & Associates PC, 520 Fellowship Road, Mount Laurel, NJ 08054-3410 |
| 519057772 | | EDI: BANKAMER | Mar 24 2026 00:59:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519085367 | + | EDI: BANKAMER2 | Mar 24 2026 00:59:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519057774 | + | EDI: TSYS2 | Mar 24 2026 00:59:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519057776 | + | Email/Text: bankruptcy@cavps.com | Mar 23 2026 21:34:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 519077669 | + | Email/Text: bankruptcy@cavps.com | Mar 23 2026 21:34:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

District/off: 0312-2                                     User: admin                                     Page 2 of 4

Date Rcvd: Mar 23, 2026                                 Form ID: 3180W                                  Total Noticed: 65

| | | | |
|---|---|---|---|
| 519057777 | ^ MEBN | Mar 23 2026 21:27:32 | Citibank, NA, ATTN: Tenaglia & Hunt, PA, 395 W. Passaic St, Rochelle Park, NJ 07662-3016 |
| 519057778 | + EDI: WFNNB.COM | Mar 24 2026 00:59:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519057779 | EDI: CITICORP | Mar 24 2026 00:59:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519057780 | + EDI: DISCOVER | Mar 24 2026 00:59:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519057781 | ^ MEBN | Mar 23 2026 21:28:01 | Equifax, P.O. Box 105851, Atlanta, GA 30348-5851 |
| 519057782 | ^ MEBN | Mar 23 2026 21:26:30 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 519072073 | EDI: JEFFERSONCAP.COM | Mar 24 2026 01:00:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 519057785 | + EDI: CAPITALONE.COM | Mar 24 2026 00:59:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519057786 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 23 2026 21:33:00 | LoanCare LLC, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 519057788 | Email/Text: Bankruptcy@mjrf.com | Mar 23 2026 21:33:00 | Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 Jericho Turnpike, Syosset, NY 11791-9036 |
| 519057787 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 23 2026 21:34:00 | Midland Credit Managment, Inc., Attn: Bankruptcy, 350 Camino De La Reina Ste 100, San Diego, CA 92108-3007 |
| 519057791 | EDI: PRA.COM | Mar 24 2026 00:59:00 | Portfolio Recovery, 120 Corporate Blvd., Norfolk, VA 23502 |
| 519057790 | EDI: PRA.COM | Mar 24 2026 00:59:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519057792 | EDI: PRA.COM | Mar 24 2026 00:59:00 | Portfolio Recovery Associates, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519132401 | EDI: PRA.COM | Mar 24 2026 00:59:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 519120981 | EDI: PRA.COM | Mar 24 2026 00:59:00 | Portfolio Recovery Associates, LLC, c/o Jennifer Furniture, POB 41067, Norfolk VA 23541 |
| 519120098 | EDI: PRA.COM | Mar 24 2026 00:59:00 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519122559 | EDI: PRA.COM | Mar 24 2026 00:59:00 | Portfolio Recovery Associates, LLC, c/o U.s. Bank National Association, POB 41067, Norfolk VA 23541 |
| 519127138 | EDI: PRA.COM | Mar 24 2026 00:59:00 | Portfolio Recovery Associates, LLC, c/o Walmart, POB 41067, Norfolk VA 23541 |
| 519057793 | Email/Text: signed.order@pfwattorneys.com | Mar 23 2026 21:33:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 519070954 | EDI: Q3G.COM | Mar 24 2026 00:59:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519057794 | + Email/Text: bankruptcyteam@rocketmortgage.com | Mar 23 2026 21:34:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519070278 | + Email/Text: bankruptcyteam@rocketmortgage.com | Mar 23 2026 21:34:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519057795 | ^ MEBN | Mar 23 2026 21:26:55 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |

District/off: 0312-2                              User: admin                                      Page 3 of 4

Date Rcvd: Mar 23, 2026                           Form ID: 3180W                                   Total Noticed: 65

| | | | |
|---|---|---|---|
| 519057796 | + EDI: SYNC | Mar 24 2026 00:59:00 | Syncb/Nautilus, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519057797 | + EDI: SYNC | Mar 24 2026 00:59:00 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519059290 | + EDI: PRA.COM | Mar 24 2026 00:59:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519115526 | + EDI: SYNC | Mar 24 2026 00:59:00 | Synchrony Bank (FDIC), 170 West Election Rd., Ste. 125, Draper, UT 84020-6425 |
| 519115527 | ^ MEBN | Mar 23 2026 21:27:50 | Synchrony Bank-Amazon, Attn: Credit Corp. Solutions, Inc., 121 W. Election Rd., Ste. 200, Draper, UT 84020-7766 |
| 519057798 | + EDI: SYNC | Mar 24 2026 00:59:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519057799 | + EDI: SYNC | Mar 24 2026 00:59:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519057800 | + EDI: SYNC | Mar 24 2026 00:59:00 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 519057801 | + EDI: SYNC | Mar 24 2026 00:59:00 | Synchrony Bank/Select Comfort, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519057802 | + EDI: SYNC | Mar 24 2026 00:59:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519057804 | EDI: TDBANKNORTH.COM | Mar 24 2026 01:00:00 | TD Bank, Attn: Bankruptcy, 1701 Route 70 E, Cherry Hill, NJ 08034 |
| 519063318 | ^ MEBN | Mar 23 2026 21:26:58 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519057805 | + EDI: TDBANKNORTH.COM | Mar 24 2026 01:00:00 | TD Bank, NA (FDIC), 2035 Limestone Road, Wilmington, DE 19808-5529 |
| 519057803 | + EDI: WTRRNBANK.COM | Mar 24 2026 00:59:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519057806 | ^ MEBN | Mar 23 2026 21:26:06 | Trans Union, P.O. Box 2000, Chester, PA 19016-2000 |
| 519129880 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 23 2026 21:35:27 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519057807 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 23 2026 21:35:27 | US Dept of Housing & Urban Development, Mortgage Accounting & Servicing, 451 Seventh St, SW, Washington, DC 20410-0001 |
| 519057808 | Email/Text: bankruptcy@visionsfcu.org | Mar 23 2026 21:33:00 | Visions FCU, Attn: Bankruptcy, 24 Mckinley Ave, Endicott, NY 13760 |
| 519123427 | + EDI: AIS.COM | Mar 24 2026 01:06:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519057809 | + EDI: WFFC2 | Mar 24 2026 00:59:00 | Wells Fargo Bank, N.A. (FDIC), 101 North Phillips Avenue, Sioux Falls, SD 57104-6714 |
| 519057810 | + EDI: WFCCSBK | Mar 24 2026 00:59:00 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 57

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-2                               User: admin                                    Page 4 of 4

Date Rcvd: Mar 23, 2026                           Form ID: 3180W                             Total Noticed: 65

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2026                          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Quicken Loans  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Michael R. DuPont | on behalf of Creditor HOP Energy  LLC dupont@redbanklaw.com, lori@redbanklaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia E. Fortunato | on behalf of Debtor Frances A. Eardly njbankruptcy911@gmail.com bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com |

TOTAL: 7