| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|

| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>VIRGINIA E. FORTUNATO, LLC<br>One Kinderkamack Road<br>Hackensack, New Jersey   07601<br>Tel.:  201-673-5777<br><br>Virginia E. Fortunato, Esq.<br>Attorney for Debtor, Frances A. Eardly |
|---|

**Order Filed on April 1, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| In Re:<br><br>FRANCES EARDLY,<br><br>Debtor. |
|---|

Case No: _____20-23942/SLM____

Chapter: _____13_____

Hearing Date: ~~February 11, 2026~~ 3/25/26

Judge: ____Stacey L. Meisel____

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☐ **MORTGAGE**      ☒ **LIEN**      ☐ **OTHER** (specify) _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 1, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐  The debtor's motion is denied.

☒  The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) _____

Description of Mortgage/Judgment Lien:

    a.  Original Mortgagee/Lienholder:  Citibank, NA _____

    b.  Current Assignee: N/A _____

    c.  Current Servicer: N/A _____

    d.  Date of Mortgage/Lien: December 6, 2019 _____

    e.  Date of Recordation: September 28, 2020 _____

    f.  Place of Recordation: Clerk of the Superior Court of New Jersey _____

       i.  Mortgage Book: N/A _____

       ii.  Page: _____ N/A _____

    g.  Original Principal Balance of Mortgage/Lien: $ 17,848.19 _____

                                          Bergen Co.-L-002210-19/J-91573-20

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev. 12/1/17*