**Order Filed on April 1, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>VIRGINIA E. FORTUNATO, LLC<br>One Kinderkamack Road<br>Hackensack, New Jersey  07601<br>Tel.: 201-673-5777<br><br>Virginia E. Fortunato, Esq.<br>Attorney for Debtor, Frances A. Eardly | |

| In Re: | Case No: |  20-23942/SLM  |
|---|---|---|
| FRANCES EARDLY, | Chapter: | 13 |
| Debtor. | Hearing Date: | ~~February 11, 2026~~ 3/25/26 |
| | Judge: | Stacey L. Meisel |

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☐ **MORTGAGE**     ☒ **LIEN**     ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 1, 2026**

*Stacey L. Meisel*

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) _____

Description of Mortgage/Judgment Lien:

   a. Original Mortgagee/Lienholder: Citibank, NA _____

   b. Current Assignee: N/A _____

   c. Current Servicer: N/A _____

   d. Date of Mortgage/Lien: December 6, 2019 _____

   e. Date of Recordation: September 28, 2020 _____

   f. Place of Recordation: Clerk of the Superior Court of New Jersey _____

      i. Mortgage Book: N/A _____

      ii. Page: _____ N/A _____

   g. Original Principal Balance of Mortgage/Lien: $ 17,848.19 _____
                                 Bergen Co.-L-002210-19/J-91573-20

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

2

United States Bankruptcy Court

District of New Jersey

In re:

Frances A. Eardly

    Debtor

Case No. 20-23942-SLM

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 06, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

**Recip ID**      **Recipient Name and Address**
db      + Frances A. Eardly, 551 Saint Paul Avenue, Cliffside Park, NJ 07010-1712

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Marie-Ann Greenberg
     magecf@magtrustee.com

Marie-Ann Greenberg
     on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Matthew K. Fissel
     on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Matthew K. Fissel
     on behalf of Creditor Quicken Loans  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Michael R. DuPont
     on behalf of Creditor HOP Energy  LLC dupont@redbanklaw.com, lori@redbanklaw.com

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2                                          User: admin                                          Page 2 of 2

Date Rcvd: Apr 06, 2026                                   Form ID: pdf903                                    Total Noticed: 1

Virginia E. Fortunato

on behalf of Debtor Frances A. Eardly njbankruptcy911@gmail.com
bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com

TOTAL: 7