**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

VIRGINIA E. FORTUNATO, L.L.C.
One Kinderkamack Road
Hackensack, NJ 07601
201-673-5777

Virginia E. Fortunato, Esq.
*Attorney for Debtor, Frances Eardly*

Order Filed on April 21, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

**FRANCES EARDLY,**

       Debtor.

Case No.    20-f23942/SLM

Chapter:    13

Hearing Date:    April 21, 2026

Judge:    Stacey L. Meisel

**ORDER FOR ALLOWANCE OF POST-CONFIRMATION ATTORNEY FEES FOR
SERVICES RENDERED PURSUANT TO 11 U.S.C. § 503(b)**

The relief set forth on the following pages numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: April 21, 2026**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page:**     2
**Debtors:**     Frances Eardly
**Case No.:**     20-23942/SLM - Chapter 13
**Caption:**     Order For Allowance of Post-Confirmation Attorney Fees for Services Rendered Pursuant to 11 U.S.C. § 503(b)

---

**THIS MATTER** being opened to the Court by Virginia E. Fortunato, Esq., attorney for the debtor, Janice Eardly, for an Order for an Allowance of Fees to the debtor's attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

**ORDERED,** that the attorney for the debtor is hereby allowed the sum of $2,069.75 as her fee and $30.25 for costs and expenses of which $2,100.00 has already been paid outside the Plan.