**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

VIRGINIA E. FORTUNATO, L.L.C.
One Kinderkamack Road
Hackensack, NJ 07601
201-673-5777

Virginia E. Fortunato, Esq.
*Attorney for Debtor, Frances Eardly*

Order Filed on April 21, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

**FRANCES EARDLY,**

Debtor.

Case No.    20-f23942/SLM

Chapter:    13

Hearing Date:    April 21, 2026

Judge:    Stacey L. Meisel

**ORDER FOR ALLOWANCE OF POST-CONFIRMATION ATTORNEY FEES FOR
SERVICES RENDERED PURSUANT TO 11 U.S.C. § 503(b)**

The relief set forth on the following pages numbered two (2) through two (2) is hereby

**ORDERED.**

**DATED: April 21, 2026**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page:** 2
**Debtors:** Frances Eardly
**Case No.:** 20-23942/SLM - Chapter 13
**Caption:** Order For Allowance of Post-Confirmation Attorney Fees for Services Rendered Pursuant to 11 U.S.C. § 503(b)

THIS MATTER being opened to the Court by Virginia E. Fortunato, Esq., attorney for the debtor, Janice Eardly, for an Order for an Allowance of Fees to the debtor's attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

ORDERED, that the attorney for the debtor is hereby allowed the sum of $2,069.75 as her fee and $30.25 for costs and expenses of which $2,100.00 has already been paid outside the Plan.

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 20-23942-SLM

Frances A. Eardly                                                         Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 21, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2026:**

**Recip ID**      **Recipient Name and Address**
db      + Frances A. Eardly, 551 Saint Paul Avenue, Cliffside Park, NJ 07010-1712

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2026        Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Quicken Loans  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Michael R. DuPont | on behalf of Creditor HOP Energy  LLC dupont@redbanklaw.com, lori@redbanklaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                            User: admin                                      Page 2 of 2
Date Rcvd: Apr 21, 2026                         Form ID: pdf903                                  Total Noticed: 1

Virginia E. Fortunato
                    on behalf of Debtor Frances A. Eardly njbankruptcy911@gmail.com
                    bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com


TOTAL: 7