## VIRGINIA E. FORTUNATO, L.L.C.
### ATTORNEY AT LAW
One Kinderkamack Road
Hackensack, NJ 07601
(201) 673-5777
(201) 490-8784 (f)

Virginia E. Fortunato
Licensed to practice in New Jersey

April 14, 2026

United States Bankruptcy Court
50 Walnut Street
P.O. Box 1352
Newark, New Jersey    07101-1352

> **Re:  Frances A. Eardly**
> **Case No. 20-23942/SLM - Chapter 13**

Dear Sir/Madam:

Enclosed please find Check No. 666 in the amount of $36.00 made payable to the United States Bankruptcy Court representing payment of fees for a certified copy for each of the following filed documents in the above referenced matter:

1.  Docket No. 63 - Motion on Order to Cancel and Discharge Lien which was dated February 19, 2026o.

2.  Docket No. 64 - Motion on Order to Cancel and Discharge Lien which was dated February 19, 2026.

3.  Docket No. 74 - Motion on Order to Cancel and Discharge Lien which was dated April 1, 2026.

Enclosed please find a self-addressed stamped envelope for said Order.

Should you have any questions, concerns, or need any additional information, please advise.

Thank you!

Very truly yours,

**VIRGINIA E. FORTUNATO**

VEF:klts
Enclosures



Virginia E. Fortunato is a proud member of the National Association of Consumer Bankruptcy Attorneys.  Congress has designated Virginia E. Fortunato, LLC as a debt relief agency.  We help people file for bankruptcy under the Bankruptcy Code.

VIRGINIA E. FORTUNATO, LLC
One Kinderkamack Road
Hackensack, NJ 07601

DV DANIELS NJ 070
DV DANIELS NJ 070
15 APR 2026   PM 8   L
22 APR 2026 PM 2 L

United States Bankruptcy Court
50 Walnut Street
P.O. Box 1352
Newark, New Jersey   07101-1352